UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL No. 3074<br><br>E.D. Pa. Action Nos.<br>2:23-md-03074<br>2:23-cv-02293<br>2:23-cv-02294 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Gary F. Lynch of the law firm Lynch Carpenter, LLP is admitted to practice in this court, and hereby enters his appearance as counsel of record for Plaintiffs Brian Calvert and Heather Cornell in the above-captioned action and requests that his name be added to the service list for the individual cases, No. 2:23-cv-02293 and No. 2:23-cv-02294, as well as the master case file for MDL 3074, No. 2:23-md-03074, and that copies of all papers in this matter be served upon him.

Dated: June 28, 2023

Respectfully submitted,

/s/ Gary F. Lynch
Gary F. Lynch
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
gary@lcllp.com

*Counsel for Plaintiffs Brian Calvert and Heather Cornell*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Gary F. Lynch*
Gary F. Lynch