UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL NO. 3074<br><br>Case Nos. 2:23-cv-02338 & 2:23-md-03074 |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jonathan M. Jagher of Freed Kanner London & Millen LLC is admitted to practice in this court, and hereby enters his appearance as counsel of record for Plaintiff Marilyn Hernandez in the above-referenced matter, and that his name be added to the service list for individual case number 2:23-cv-02338, as well as the master case docket for MDL No. 3074, case number 2:23-md-03074, and that copies of all documents filed in these matters be served upon him.

Date: June 28, 2023

Respectfully submitted,

/s/ Jonathan M. Jagher
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
jjagher@fklmlaw.com

*Counsel for Plaintiff Marilyn Hernandez*

## CERTIFICATION OF SERVICE

I hereby certify that on June 28, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

/s/ Jonathan M. Jagher
Jonathan M. Jagher