# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## CERTIFICATE OF SERVICE

I, Erin (Loucks) Leffler, counsel for Defendants BPS Direct, LLC and Cabela's, LLC, hereby certify that I have served the below counsel in my law firm, Shook, Hardy & Bacon, LLP, with the June 20, 2023 Orders of this Court (Dkt. Nos. 3 and 4) and informed them of the need to comply with these Orders:

For *Durham v. Cabelas LLC*, transferred from the Central District of California, Case No. 2:23-01630:

>Jennifer A. McLoone
>Shook, Hardy & Bacon LLP
>201 South Biscayne Boulevard, Suite 3200
>Miami, FL 33131-4332
>Phone: (305) 358-5171
>Fax: (305) 358-7470
>Email: jmcloone@shb.com

>Rachel Aleeza Straus
>Jessica Wahl
>Shook, Hardy & Bacon LLP
>2049 Century Park East, Suite 3000
>Los Angeles, CA 90067
>Phone:  (424) 285-8330
>Fax:  (424) 204-9093
>Email: rstraus@shb.com
>          jwahl@shb.com

For *Moore, Jr. v. BPS Direct, LLC*, transferred from the Southern District of California, Case No. 3:22-01951:

>Jennifer A. McLoone
>Shook, Hardy & Bacon LLP
>201 South Biscayne Boulevard, Suite 3200
>Miami, FL 33131-4332

    Phone: (305) 358-5171
    Fax: (305) 358-7470
    Email: jmcloone@shb.com

    Rachel Aleeza Straus
    Shook, Hardy & Bacon LLP
    2049 Century Park East, Suite 3000
    Los Angeles, CA 90067
    Phone:  (424) 285-8330
    Fax:  (424) 204-9093
    Email: rstraus@shb.com

For *Montecalvo v. Cabela's, Inc.*, transferred from the District of Massachusetts, Case No. 1:22-11837:

    Jennifer A. McLoone
    Shook, Hardy & Bacon LLP
    201 South Biscayne Boulevard, Suite 3200
    Miami, FL 33131-4332
    Phone: (305) 358-5171
    Fax: (305) 358-7470
    Email: jmcloone@shb.com

    Emyr T. Remy
    Shook, Hardy & Bacon LLP
    One Federal Street, Suite 2540
    Boston, MA 02110
    Phone:  (617) 531-1411
    Email:  remy@shb.com

    \*\*Alan T. Wong is no longer representing Defendants in this matter and is not employed by the Shook, Hardy & Bacon law firm.

For *Tucker v. BPS Direct, LLC*, transferred from the Western District of Missouri, Case No. 6:22-03285:

    Jennifer A. McLoone
    Shook, Hardy & Bacon LLP
    201 South Biscayne Boulevard, Suite 3200
    Miami, FL 33131-4332
    Phone: (305) 358-5171
    Fax: (305) 358-7470
    Email: jmcloone@shb.com

    Jason Scott
    Anna (El-Zein) Gadberry

Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Phone:  (816) 474-6550
Fax:  (816) 421-5547
Email: jscott@shb.com
         agadberry@shb.com

For *Hernandez v. BPS Direct, LLC*, transferred from the District of Maryland, Case No. 1:23-cv-00413:

Jennifer A. McLoone
Shook, Hardy & Bacon LLP
201 South Biscayne Boulevard, Suite 3200
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
Email: jmcloone@shb.com

Caitlin Rose Convery
Shook, Hardy & Bacon LLP
1800 K Street, NW, Suite 1000
Washington, D.C. 20006
Phone:  (202) 783-8400
Fax:  (202) 783-4211
Email: cconvery@shb.com

I am counsel of record in the following three transferred cases:

*VonBergen v. BPS Direct, LLC*, transferred from the Eastern District of Pennsylvania, Case No. 2:22-04709:
*Cornell v. BPS Direct, LLC*, transferred from the Western District of Pennsylvania, Case No. 1:23-00020:
*Calvert v. Cabela's, LLC*, transferred from the Western District of Pennsylvania, Case No. 2:22-01460:

By:   */s/ Erin L. Leffler*
Erin (Loucks) Leffler (PA ID No. 204507)
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Tel: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

*Counsel for Defendants*