IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |
|---|---|

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Erin (Loucks) Leffler (PA Attorney ID No. 204507) on behalf of Defendants, in the above-captioned action.

Dated: June 29, 2023

By: __/s/ Erin L. Leffler__
Erin (Loucks) Leffler (PA ID No. 204507)
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Tel: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I, hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                     */s/ Erin L. Leffler*
                     Erin (Loucks) Leffler