# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | CASE NO. 2:23-md-03074-MAK<br><br>Individual Case No.:<br>2:23-cv-01630-GW-KES |

## NOTICE OF APPEARANCE OF MARYBETH V. GIBSON

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Plaintiff Timothy Durham in the above-captioned matter and add my name to the ECF service list for the individual case, Case No. 2:23-cv-01630-GW-KES, as well as the master case file for MDL No. 3074, Case No. 2:23-md-03074.

Pursuant to the Court's Order dated June 20, 2023, ECF No. 3 in the master case file, I hereby confirm that my appearance before transfer was filed on March 5, 2023, and granted by the Court on December 14, 2022 (ECF No. 12) in the individual case captioned: *Durham v. Cabela's, LLC*, 2:23-cv-01630-GW-KES (C.D. Cal.).

I hereby acknowledge and agree to my continuing obligations under Section I.J. of the Court's Policies and Procedures, and I further agree to be bound by the Pennsylvania Rules of Professional Conduct and Local Rules of this Court for the duration of the case and all proceedings therein.

Payment of the Clerk of Court's filing fees for special admission to this Court shall be paid as directed by the Clerk.

Dated: June 29, 2023.

          Respectfully submitted,

          */s/ MaryBeth V. Gibson*
          MaryBeth V. Gibson
          Georgia Bar No. 725843
          **THE FINLEY FIRM, P.C.**
          3535 Piedmont Rd.
          Building 14, Suite 230
          Atlanta, GA 30305
          Phone: (404) 978-6971
          Fax: (404) 320-9978
          mgibson@thefinleyfirm.com

          ***Attorney for Plaintiff Timothy Durham***

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

          */s/ MaryBeth V. Gibson*
          MARYBETH V. GIBSON