IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |
|---|---|

## NOTICE OF APPEARANCE OF COUNSEL:  JENNIFER A. McLOONE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendants BPS Direct, LLC and Cabela's, LLC in the above-captioned matter and add my name to the ECF service list for the master case file for MDL 3074, No. 2:23-md-03074-MAK.

Pursuant to this Court's Order dated June 20, 2023, ECF No. 3 in the master case file for MDL 3074, I hereby confirm that my appearance before the Judicial Panel on Multidistrict Litigation was filed on March 1, 2023 (ECF No. 4), MDL No. 3074, which included an appearance in the following cases (*see* Notice attached hereto as Exhibit A):

*Cornell v. BPS Direct, LLC*, transferred from the Western District of Pennsylvania, Case No. 1:23-00020

*Calvert v. Cabela's, LLC*, transferred from the Western District of Pennsylvania, Case No. 2:22-01460

*VonBergen v. BPS Direct, LLC*, transferred from the Eastern District of Pennsylvania, Case No. 2:22-04709

*Tucker v. BPS Direct, LLC*, transferred from the Western District of Missouri, Case No. 6:22-03285

*Moore, Jr. v. BPS Direct, LLC*, transferred from the Southern District of California, Case No. 3:22-01951

*Montecalvo v. Cabela's, Inc.*, transferred from the District of Massachusetts, Case No. 1:22-11837

I hereby acknowledge and agree to my continuing obligations under Section I.J. of the Court's Policies and Procedures, and I further agree to be bound by the Pennsylvania Rules of Professional Conduct and Local Rules of this Court for the duration of the case and all proceedings therein.

    Payment of the Clerk of Court's filing fees for special admission to this Court shall be paid as directed by the Clerk.

By:   */s/ Jennifer A. McLoone*
       Jennifer A. McLoone
       Shook, Hardy & Bacon LLP
       201 South Biscayne Boulevard, Suite 3200
       Miami, FL 33131-4332
       Phone: (305) 358-5171
       Fax: (305) 358-7470
       Email: jmcloone@shb.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I, hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                                 */s/ Jennifer A. McLoone*
                                                   Jennifer A. McLoone