# EXHIBIT A

# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. _3074_ & Title - **IN RE**: _BPS and Cabela's Wiretapping Litigation_

# NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendants - see attached schedule of actions.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached schedule of actions.

      In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| | |
|---|---|
| March 1, 2023 | s/Jennifer A. McLoone |
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**  Jennifer A. McLoone

Shook, Hardy & Bacon L.L.P.

Citigroup Center Suite 3200, 201 South Biscayne Blvd, Miami, FL 33131-4332

Telephone No.: (305) 358-5171          Fax No.: (305) 358-7470

Email Address: jmcloone@shb.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION | MDL No. 3074 |
|---|---|

## SCHEDULE OF ACTIONS

| CASE CAPTION | PLAINTIFF | DEFENDANT(S) | DISTRICT | CIVIL ACTION NO. |
|---|---|---|---|---|
| *Cornell v. BPS Direct, L.L.C.* | Heather Cornell | BPS Direct, LLC | Western District of Pennsylvania | 23-cv-00020 |
| *Calvert v. Cabela's L.L.C.* | Brian Calvert | Cabela's LLC | Western District of Pennsylvania | 22-cv-01460 |
| *Vonbergen v. BPS Direct, LLC* | Brittany Vonbergen | BPS Direct, LLC | Eastern District of Pennsylvania | 22-cv-04709 |
| *Tucker v. BPS Direct, LLC, et al.* | Arlie Tucker | BPS Direct, LLC, Cabela's LLC, and Cabela's Retail MO, LLC | Western District of Missouri | 22-cv-03285 |
| *Moore, Jr. v. BPS Direct, LLC* | Gregory Moore, Jr. | BPS Direct, LLC | Southern District of California | 22-cv-01951 |
| *Montecalvo v. Cabela's Inc.* | Peter Montecalvo | Cabela's LLC f/k/a Cabela's Inc. | District of Massachusetts | 22-cv-11837 |

## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE:  BPS AND CABELA'S WIRETAPPING LITIGATION | MDL No. 3074 |

## <u>PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Defendants, BPS Direct, LLC; Cabela's LLC; and Cabela's Retail MO, LLC, certifies that the Notice of Appearance was filed electronically with the Clerk of the JPML by using the CM/ECF system on March 1, 2023, and served on all counsel or parties in manners indicated and addressed on the attached service list.

Dated: March 1, 2023

Respectfully submitted,

s/ *Jennifer A. McLoone*
Jennifer A. McLoone (FBN 29234)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171
F: 305.358.7470
E: *jmcloone@shb.com*

*Attorney for Defendants*
  *BPS Direct, LLC; Cabela's LLC and*
  *Cabela's Retail MO, LLC*

## SERVICE LIST

| Via Electronic Mail | |
|---|---|
| John J. Nelson<br>jnelson@milberg.com<br>Milberg Coleman Bryson Phillips<br>Grossman PLLC<br>401 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Joshua Brandon Swigart<br>josh@swigartlawgroup.com<br>Swigart Law Group, APC<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 21908344<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |
| Daniel G. Shay<br>DanielShay@TCPAFDCPA.com<br>Law Office of Daniel G. Shay<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 222-7429<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Gary F. Lynch<br>Gary@lcllp.com<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br><br>Counsel for Plaintiff Heather Cornell<br>*Case No. 1:23-cv-00020-SPB (W.D. Pa.)*<br><br>Counsel for Plaintiff Brian Calvert<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)* |
| Ari H. Marcus<br>ari@marcuszelman.com<br>Marcus & Zelman LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Telephone: (732) 695-3282<br><br>Counsel for Plaintiff Brittany Vonbergen<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* | Bryn L. Bleichner<br>bbleichner@chestnutcambronne.com<br>Chestnut Cambronne PA<br>100 Washington Ave South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |

| Philip J. Krzeski | Tiffany M. Yiartras |
|---|---|
| pkrzeski@chestnutcambronne.com | tiffany@consumerprotectionlegal.com |
| Chestnut Cambronne PA | Consumer Protection Legal, LLC |
| 100 Washington Ave South, Suite 1700 | 308 Hutchinson Road |
| Minneapolis, MN 55401 | Wllisville, MO 63011 |
| Telephone: (612) 339-7300 | Telephone: (314) 541-0317 |
| | |
| Counsel for Plaintiff Arlie Tucker | Counsel for Plaintiff Arlie Tucker |
| Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Karen Riebel | Maureen Kane Berg |
| khreibel@locklaw.com | mkberg@locklaw.com |
| Lockridge Grindal Nauen, PLLP | Lockridge Grindal Nauen, PLLP |
| 100 Washington Ave South, Suite 2200 | 100 Washington Ave South, Suite 2200 |
| Minneapolis, MN 55401 | Minneapolis, MN 55401 |
| Telephone: (612) 596-4097 | Telephone: (612) 596-4097 |
| | |
| Counsel for Plaintiff Arlie Tucker | Counsel for Plaintiff Arlie Tucker |
| Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Brian C Gudmundson | Carey Alexander |
| brian.gudmundson@zimmreed.com | calexander@scott-scott.com |
| Zimmerman Reed, LLP | Scott & Scott, Attorneys at Law, LLP |
| 1100 IDS Center | 230 Park Avenue |
| 80 South 8th St | Ste 17th Floor |
| Minneapolis, MN 55402 | New York, NY 10169 |
| Telephone: (612) 341-0400 | Telephone: (212) 223-6444 |
| | |
| Counsel for Plaintiff Peter Montecalvo | Counsel for Plaintiff Peter Montecalvo |
| Case No. *1:22-cv-11837-NMG (D. Mass.)* | Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Michael J Laird | Rachel Kristine Tack |
| michael.laird@zimmreed.com | rachel.tack@zimmreed.com |
| Zimmerman Reed, LLP | Zimmerman Reed, LLP |
| 1100 IDS Center | 1100 IDS Center |
| 80 South 8th St. | 80 South 8th Street |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Telephone: (920) 915-3328 | Telephone: (612) 341-0400 |
| | |
| Counsel for Plaintiff Peter Montecalvo | Counsel for Plaintiff Peter Montecalvo |
| Case No. *1:22-cv-11837-NMG (D. Mass.)* | Case No. *1:22-cv-11837-NMG (D. Mass.)* |

| | |
|---|---|
| Ethan Samuel Binder<br>ebinder@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Joseph P. Guglielmo<br>jguglielmo@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Alan Y. Wong<br>awong@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>1 Federal Street, Suite 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1677<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Emyr T. Remy<br>remy@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>One Federal Street<br>Ste 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1411<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Erin P. Loucks eleffler@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>Two Commerce Square<br>2001 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>Telephone: (215) 278-2555<br>Counsel for Defendant Cabela's LLC<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)*<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* | Jason Scott<br>jscott@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendants BPS Direct, LLC;<br>Cabela's LLC and Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Anna A. El-Zein<br>aelzein@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendant Cabela's LLC and<br>Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Rachel A. Straus<br>rstraus@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |