# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cabela's LLC discloses it is wholly-owned by Bass Pro, LLC.  No publicly held corporation owns 10% or more of its stock. Pursuant to Fed. R. Civ. P. 7.1(a)(2), Cabela's LLC states that is a Missouri citizen for purposes of diversity jurisdiction. Cabela's LLC is wholly-owned by Bass Pro, LLC, which is wholly-owned by Huntsman Holdings, LLC. Huntsman Holdings, LLC is an indirect, wholly-owned subsidiary of American Sportsman Holdings Co., a Missouri corporation with its principal place of business at 2500 E. Kearney St., Springfield, Missouri.

Pursuant to Fed. R. Civ. P. 7.1, Defendant BPS Direct, LLC discloses it is wholly-owned by Bass Pro, LLC, which is wholly owned by Huntsman Holding, LLC. No publicly held corporation owns 10% or more of BPS Direct, LLC's stock.  Pursuant to Fed. R. Civ. P. 7.1(a)(2), BPS Direct, LLC states that is a Missouri citizen for purposes of diversity jurisdiction.  BPS Direct, LLC is wholly-owned by Bass Pro, LLC, which is wholly-owned by Huntsman Holdings, LLC. Huntsman Holdings, LLC is an indirect, wholly-owned subsidiary of American Sportsman Holdings Co., a Missouri corporation with its principal place of business at 2500 E. Kearney St., Springfield, Missouri.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cabela's Retail MO, LLC discloses it is wholly-owned by Cabela's Wholesale, L.L.C.  No publicly held corporation owns 10% or more of its stock. Pursuant to Fed. R. Civ. P. 7.1(a)(2), Cabela's Retail MO, LLC states that

is a Missouri citizen for purposes of diversity jurisdiction. Cabela's Retail MO, LLC is wholly-owned by Cabela's Wholesale, L.L.C., which is wholly-owned by Bass Pro Outdoor World, LLC, which is wholly owned by Bass Pro, LLC. Bass Pro, LLC, is wholly owned by Huntsman Holdings, LLC, which is an indirect, wholly-owned subsidiary of American Sportsman Holdings Co., a Missouri corporation with its principal place of business at 2500 E, Kearney St., Springfield, Missouri.

June 30, 2023

Respectfully Submitted,

By: _/s/ Jennifer A. McLoone_
Jennifer A. McLoone (PHV)
Shook, Hardy & Bacon L.L.P.
201 South Biscayne Boulevard
Suite 3200
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
Email: jmcloone@shb.com

Erin (Loucks) Leffler (PA ID No. 204507)
Shook, Hardy & Bacon L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
Email: eleffler@shb.com

**Counsel for Defendants**

4857-8307-4925

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                               */s/ Jennifer A. McLoone*
                                                 Jennifer A. McLoone

4857-8307-4925