# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## NOTICE OF WITHDRAWAL OF MOTIONS

Pursuant to this Court's Order dated June 26, 2023, Defendants hereby submit notice of their withdrawal, without prejudice, of the following pending motions as filed in their respective transferor Districts:

- Defendant BPS Direct, LLC's Motion to transfer to the Western District of Pennsylvania, or alternatively stay, and for an extension of time to file its responsive pleading, filed in *Vonbergen v. BPS Direct, LLC*, No. 22-04709 (E.D. Pa.) at ECF Doc. No. 7; and

- Defendant BPS Direct, LLC's Motion to consolidate with *Calvert v. Cabela's LLC*, or alternatively stay, filed in *Cornell v. BPS Direct, LLC*, No. 23-2294 (E.D. Pa.) at ECF Doc. No. 7.

June 30, 2023

Respectfully Submitted,

By: */s/ Jennifer A. McLoone*
Jennifer A. McLoone (PHV)
Shook, Hardy & Bacon L.L.P.
201 South Biscayne Boulevard, Suite 3200
Miami, FL 33131-4332
T: 305-358-5171 | F: 305-358-7470
Email: jmcloone@shb.com

Erin (Loucks) Leffler (PA ID No. 204507)
Shook, Hardy & Bacon L.L.P.
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: 215-278-2555 | F: 215-278-2594
Email: eleffler@shb.com

***Counsel for Defendants***

4893-4004-1325

**CERTIFICATE OF SERVICE**

    I, hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                              */s/ Jennifer A. McLoone*
                                              Jennifer A. McLoone

4893-4004-1325