# IN THE UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: BPS Direct, LLC, and Cabelas, LLC, Wiretapping Litigation** | CASE NO. 2:23-md-03074-MAK<br><br>Individual Case No.: 2:22-cv-04709-JP |

## PLAINTIFF BRITTANY VONBERGEN'S UNOPPOSED MOTION FOR THE *PRO HAC VICE* ADMISSION OF JOSEPH H. KANEE, ESQ.

Ari H. Marcus, Esq., counsel for Plaintiff Brittany Vonbergen in case no. 2:22-cv-04709, transferred into this master case file on June 12, 2023, and a member in good standing before this Court, hereby moves for the admission and appearance in this case of co-counsel, Joseph H. Kanee, *Pro Hac Vice*. Mr. Kanee is a member in good standing before the following Courts:

1. State of Florida (Admitted 11/23/2022)
2. Middle District of Florida (Admitted 12/05/2022)
3. Northern District of Florida (Admitted 12/14/2022)
4. Southern District of Florida (Admitted 12/16/2022)

In addition, Mr. Kanee is of good moral character and professional reputation. An affidavit of Mr. Kanee in support hereof is filed herewith.

The undersigned has conferred with opposing counsel and there is no opposition to this Motion.

Dated: June 30, 2023

By: /s/ Ari H. Marcus

Ari H. Marcus, Esq.
PA Bar ID 322283
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: ari@marcuszelman.com
Attorney for Plaintiff