# IN THE UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: BPS Direct, LLC, and Cabelas, LLC, Wiretapping Litigation | CASE NO. 2:23-md-03074-MAK <br><br> Individual Case No.: 2:22-cv-04709-JP |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____ 2023, it is hereby

ORDERED that the motion for admission of Joseph H. Kanee, Esq., to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is granted.

Dated: June 30, 2023

_____
HONORABLE MARK A. KEARNEY
UNITED STATES DISTRICT JUDGE