IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 :  :  : E.D.Pa. ACTION NOS.: : 23-md-3074 : 22-cv-4709 |

## ORDER

**AND NOW**, this 5th day of July 2023, upon considering the noncompliant Motion of Joseph H. Kanee, Esquire for admission *pro hac vice* (ECF Doc. No. 26), it is **ORDERED** the noncompliant Motion (ECF Doc. No. 26), is **DENIED** without prejudice to move compliant with our Policies and Procedures (May 2023) Section I. (K.).

_____
KEARNEY, J.