UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL No. 3074<br>E.D. Pa. Action Nos.<br>2:23-md-03074<br>2:23-cv-02293<br>2:23-cv-02294 |

### NOTICE OF WITHDRAWAL OF MOTIONS

Pursuant to this Court's Orders dated June 20, 2023 and July 5, 2023, Plaintiffs Brian Calvert and Heather Cornell hereby submit notice of their withdrawal of the following pending motions as filed in their respective transferor Districts:

- Plaintiff Brian Calvert's Motion to Stay, filed in *Calvert v. Cabela's, LLC*, No. 2:23-cv-02293 (E.D. Pa.) at ECF No. 19; and

- Plaintiff Heather Cornell's Motion to Stay, filed in *Cornell v. BPS Direct, LLC*, No. 2:23-cv-2294 (E.D. Pa.) at ECF No. 11.

Dated: July 5, 2023

Respectfully submitted,

*/s/ Nicholas A. Colella*
Gary F. Lynch
Nicholas A. Colella
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
gary@lcllp.com
nickc@lcllp.com

*Counsel for Plaintiffs Brian Calvert and Heather Cornell*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                                  */s/ Nicholas A. Colella*
                                                  Nicholas A. Colella