# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL NO. 3074<br><br>E.D. Pa. Action Nos.<br>2:23-md-03074<br>2:23-cv-02282 |

## DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| Plaintiff Peter Montecalvo | State of Connecticut |
|---|---|
| (Party) | (Citizenship) |

Dated: July 5, 2023

                                                */s/ Carey Alexander*
Carey Alexander
Joseph P. Guglielmo
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax:  (212) 223-6334
E-mail: calexander@scott-scott.com
        jguglielmo@scott-scott.com
        ebinder@scott-scott.com

*Counsel for Plaintiff Peter Montecalvo*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Carey Alexander*
Carey Alexander
