UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING : : : : : : | MDL NO. 3074 (2:23-md-03074-MAK)<br><br>E.D. Pa. Action No.<br>2:23-cv-02338-MAK |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| **Marilyn Hernandez, Plaintiff** | **State of Maryland** |
|---|---|
| Party | Citizenship |

Dated: July 5, 2023

Respectfully submitted,

*/s/ Steven M. Nathan*
Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
646.357.1100
snathan@hausfeld.com

>James J. Pizzirusso
>HAUSFELD LLP
>888 16th Street N.W.
>Suite 300
>Washington, D.C. 20006
>202.540.7200
>jpizzirusso@hausfeld.com
>
>Jonathan M. Jagher
>FREED KANNER LONDON & MILLEN LLC
>923 Fayette Street
>Conshohocken, PA 19428
>(610) 234-6486
>jjagher@fklmlaw.com
>
>*Counsel for Plaintiff Marilyn Hernandez*

## CERTIFICATION OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

>*/s/ Steven M. Nathan*
>Steven M. Nathan