# IN THE UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: BPS Direct, LLC, and Cabelas, LLC, Wiretapping Litigation | CASE NO. 2:23-md-03074-MAK <br><br> Individual Case No.: 2:22-cv-04709-JP |

## PLAINTIFF BRITTANY VONBERGEN'S UNOPPOSED MOTION FOR THE *PRO HAC VICE* ADMISSION OF JOSEPH H. KANEE, ESQ.

Ari H. Marcus, Esq., counsel for Plaintiff Brittany Vonbergen in case no. 2:22-cv-04709, transferred into this master case file on June 12, 2023, and a member in good standing before this Court, hereby moves for the admission and appearance in this case of co-counsel, Joseph H. Kanee, *Pro Hac Vice*. Mr. Kanee is a member in good standing before the following Courts:

1. State of Florida (Admitted 11/23/2022)
2. Middle District of Florida (Admitted 12/05/2022)
3. Northern District of Florida (Admitted 12/14/2022)
4. Southern District of Florida (Admitted 12/16/2022)

In addition, Mr. Kanee is of good moral character and professional reputation. An affidavit of Mr. Kanee in support hereof is filed herewith.

The undersigned affirms his ongoing obligations and responsibilities in this Action, including continuing to appear before this Court.

The undersigned has conferred with opposing counsel and there is no opposition to this Motion.

Dated: July 5, 2023

          By: /s/ Ari H. Marcus
          Ari H. Marcus, Esq.
          PA Bar ID 322283
          MARCUS & ZELMAN, LLC
          701 Cookman Avenue, Suite 300
          Asbury Park, NJ 07712
          Tel: (732) 695-3282
          Email: ari@marcuszelman.com
          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing.

          /s/ Ari H. Marcus
          Ari H. Marcus, Esq.