# IN THE UNITED STATES DISTRICT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: BPS Direct, LLC, and Cabelas, LLC, Wiretapping Litigation** | CASE NO. 2:23-md-03074-MAK<br><br>Individual Case No.: 2:22-cv-04709-JP |

## AFFIDAVIT OF JOSEPH H. KANEE, ESQ., IN SUPPORT OF HIS UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, being duly sworn, deposes and states the following:

1. I, Joseph H. Kanee, am an attorney with the law firm of Marcus & Zelman, LLC in Miami, Florida. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent the Plaintiff Brittany Vonbergen, in this consolidated action.

2. I reside in the state of Florida, and my principal office is located at 701 Brickell Avenue, Suite 1550, Miami, FL 33131; telephone number (786) 369-1122, email joseph@marcuszelman.com.

3. I agree to pay the necessary filing fee in conjunction with the filing of the motion to appear Pro Hac Vice.

4. I am admitted and licensed to practice and in good standing in the following courts:

    a. State of Florida (Admitted 11/23/2022)

    b. Middle District of Florida (Admitted 12/05/2022)

    c. Northern District of Florida (Admitted 12/14/2022)

    d. Southern District of Florida (Admitted 12/16/2022)

5. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6. I (i) have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and (ii) agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

7. If granted pro hac vice status, I will in good faith continue to advise Ari Marcus, counsel who has moved for the *pro hac vice* admission of the current status of the case for which pro hac vice status has been granted and of all material developments therein.

8. I have confirmed with Ari Marcus, counsel who has moved for the *pro hac vice* admission, that he will continue to honor his obligations and responsibilities in this Action, including to be present in all instances listed in this Court's Policies and Procedures.

9. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: July 5, 2023

                                                    By: /s/ Joseph Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
Attorney for Plaintiff