UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING<br><br>**This Action Relates to:**<br><br>Arlie Tucker, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BPS Direct, LLC, Cabela's, LLC, and Cabela's Retail MO, LLC<br><br>Defendants | MDL NO 3074<br><br>ED Pa. Action Nos.<br>23-md-3074<br>23-cv-2295 |

**NOTICE OF APPEARANCE (PRO HAC VICE) OF
PLAINTIFF'S COUNSEL TIFFANY MARKO YIATRAS**

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Plaintiff Arlie Tucker in the above-captioned matter and add my name to the ECF service list for the individual case, No. 6:23-cv-2295, as well as the master case file for MDL 3074, No. 2:23-md-03074.

Pursuant to the Court's Orders dated June 20, 2023 (ECF No. 26 and 27) and the Court's Order dated July 5, 2023 (ECF 29) in the individual case captioned: *Tucker v. BPS DIRECT, LLC.* No. 6:22-cv-03285 (W.D. Mo.) (the "*Tucker* Action"), I hereby confirm that I first appeared on behalf of Plaintiff Tucker, individually and on behalf of the respective Class, in the *Tucker* Action on November 7, 2022, (ECF No. 1), which was prior to transfer.

Upon transfer to the instant Court, the *Tucker* Action was assigned Case No. 23-cv-2295.

1

I hereby acknowledge and agree to my continuing obligations under Section I.J. of the Court's Policies and Procedures, and I further agree to be bound by the Pennsylvania Rules of Professional Conduct and Local Rules of this Court for the duration of the case and all proceedings therein.

Plaintiff's Counsel sincerely apologizes for not filing an appearance pro hac vice prior to today's date. Electronic Notice was sent to an email address at Plaintiff's Counsel's previous law firm and (thankfully) Plaintiff's Counsel was notified by another attorney regarding this Court's June 20, 2023 and July 5, 2023 orders upon seeing Plaintiff's Counsel's name on the July 5, 2023 order. It was at that time that Plaintiff's Counsel became aware of the Court's Orders and the email issue. Plaintiff's Counsel has since linked the ECF/CM login with her NEXTGen Account and has submitted a request to have Plaintiff's Counsel's information updated to reflect Plaintiff's Counsel's current firm and address.

Payment of the Clerk of Court's filing fees for special admission to this Court shall be contemporaneously paid.

Date: July 5, 2023                                By:   /s/   Tiffany Marko Yiatras
                                                  Tiffany Marko Yiatras
                                                  CONSUMER PROTECTION LEGAL, LLC
                                                  308 Hutchinson Road
                                                  Ellisville, Missouri 63011-2029
                                                  Tele: 314-541-0317
                                                  Email: tiffany@consumerprotectionlegal.com

                                                  **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

/s/ Tiffany Marko Yiatras