# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING** | : MDL 3074 <br> : <br> : <br> : **E.D.Pa. ACTION NOS.:** <br> : **23-md-3074** <br> : **22-cv-4709** |

# ORDER

**AND NOW**, this 6th day of July 2023, upon considering the Motion for admission *pro hac vice* (ECF Doc. No. 34), and good cause shown consistent with the Local Rules and our Policies, it is **ORDERED** the Motion (ECF Doc. No. 34) is **GRANTED** and Joseph H. Kanee, Esquire is admitted to practice in this case in this Court under Local Rule 83.5.2(b).[1]

*/s/ Kearney*
**KEARNEY, J.**

---

[1] Counsel admitted to practice *pro hac vice* may register for an ECF E-Filer account in this District through the Court's website (http://www.paed.uscourts.gov/nextgen-cmecf).