UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL NO. 3074<br><br>ED Pa. Action Nos.<br>2:23-md-3074-MAK<br>Individual Case No.:<br>2:23-cv-02306 |

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party of intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| <u>Plaintiff Timothy Durham</u><br>(Party) | <u>State of California</u><br>(Citizenship) |
| Dated: July 6, 2023. | Respectfully submitted,<br><br>*/s/ MaryBeth V. Gibson*<br>MaryBeth V. Gibson<br>Georgia Bar No. 725843<br>**THE FINLEY FIRM, P.C.**<br>3535 Piedmont Rd.<br>Building 14, Suite 230<br>Atlanta, GA 30305<br>Phone: (404) 978-6971<br>Fax: (404) 320-9978<br>mgibson@thefinleyfirm.com<br><br>***Attorney for Plaintiff Timothy Durham and the Putative Class*** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

/s/ *MaryBeth V. Gibson*
MARYBETH V. GIBSON