# EXHIBIT A

| Case Name | Court | Case No. | Judge | Pltfs' Counsel |
|---|---|---|---|---|
| In Re: BPS Direct, LLC and Cabela's, LLC Wiretapping Litigation | USDC-EDPA | MDL No. 3074<br><br>Consolidated cases:<br>22-cv-01951 (Moore)<br>22-cv-11837 (Montecalvo)<br>22-cv-03285 (Tucker)<br>22-cv-04709 (Vonbergen)<br>23-cv-00020 (Cornell)<br>22-cv-01460 (Calvert)<br>23-cv-01630 (Durham)<br>23-cv-00413 (Hernandez) | Mark A. Kearney | Karen Hanson Riebel, Maureen Kane Berg (for P-Tucker) LOCKRIDGE GRINDAL NAUEN P.L.L.P. - Minneapolis, MN<br><br>Gary F. Lynch (for P-Cornell and P-Calvert) LYNCH CARPENTER, LLP - Pittsburg, PA<br><br>Brian C. Gudmundson (for P-Montecalvo) ZIMMERMAN REED LLP - Minneapolis, MN<br><br>Ari H. Marcus (for P-Vonbergen) MARCUS |
| Moore v. BPS Direct LLC | USDC-SDCA<br><br>Transferred to USDC-EDPA | 22-cv-1951<br><br>Consolidated under MDL No. 3074 | Todd Robinson | Joshua B. Swigart SWIGART LAW GROUP, APC - San Diego, CA<br><br>Daniel G. Shay LAW OFFICE OF DANIEL G. SHAY - San Diego, CA<br><br>John J. Nelson MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC - San Diego, CA |

| Case | Court | Case No. | Judge | Counsel |
|---|---|---|---|---|
| Montecalvo v. Cabela's Inc. | USDC-MA<br><br>Transferred to USDC-EDPA | 22-cv-11837<br><br>Consolidated under MDL No. 3074 | Nathaniel M. Gorton | Joseph P. Guglielmo, Carey Alexander, Ethan S. Binder<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br><br>Brian C. Gudmundson, Michael J. Laird, Rachel K. Tack<br>ZIMMERMAN REED LLP |
| Tucker v. BPS Direct, LLC and Cabela's Retail MO, LLC | USDC-WDMO<br><br>Transferred to USDC-EDPA | 22-cv-3285 (lead case)<br><br>consolidated w/:<br>22-cv-3288<br><br>Consolidated under MDL No. 3074 | Stephen R. Bough | Tiffany Marko Yiatras<br>CONSUMER PROTECTION LEGAL, LLC<br><br>Bryan L. Bleichner, Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br><br>Kate M. Baxter-Kauf, Karen Hanson Riebel, Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P. |

| Vonbergen v. BPS Direct, LLC | USDC-EDPA | 22-cv-4709<br><br>Consolidated under MDL No. 3074 | Kelley Brisbon Hodge | Ari H. Marcus<br>MARCUS ZELMAN LLC |
|---|---|---|---|---|
| Cornell v BPS Direct, LLC d/b/a Bass Pro Shops | USDC-WDPA<br><br>Transferred to USDC-EDPA | 23-cv-20<br><br>Consolidated under MDL No. 3074 | Susan Paradise Baxter | Gary F. Lynch, Kelly K. Iverson, Jamisen A. Etzel, Elizabeth Pollock-Avery, Nicholas A. Colella, Patrick D. Donathen<br>LYNCH CARPENTER, LLP |
| Calvert v. Cabela's LLC | USDC-WDPA<br><br>Transferred to USDC-EDPA | 22-cv-1460<br><br>Consolidated under MDL No. 3074 | W. Scott Hardy | Gary F. Lynch, Kelly K. Iverson, Jamisen A. Etzel, Elizabeth Pollock-Avery, Nicholas A. Colella, Patrick D. Donathen<br>LYNCH CARPENTER, LLP |

| Durham, Timothy v Cabela's LLC | USDC-CDCA<br><br>Transferred to USDC-EDPA | 2:23-cv-1630 - GW (KESx)<br><br>Consolidated under MDL No. 3074 | George H. Wu | Francis J. "Casey" Flynn, Jr.<br>LAW OFFICES OF FRANCIS J. FLYNN, JR. - Los Angeles, CA<br><br>MaryBeth V. Gibson<br>THE FINLEY FIRM, P.C. - Atlanta, GA |
| --- | --- | --- | --- | --- |
| Hernandez v BPS Direct, LLC d/b/a Bass Pro Shops | USDC-MD<br><br>Transferred to USDC-EDPA | 23-cv-00413<br><br>Consolidated under MDL No. 3074 | Lydia Kay Griggsby | James J. Pizzirusso, Steven M. Nathan<br>HAUSFELD LLP<br><br>Katrina Carroll<br>LYNCH CARPENTER, LLP<br><br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC |
|  |  |  |  |  |

| Defense Counsel | Current Claims | Putative Class Definition |
|---|---|---|
| Shook- Jennifer McLoone and Erin Leffler | | |
| Shook- Jennifer McLoone and Erin Leffler | 1. CIPA § 631<br>2. CIPA § 632.7 | Class One (Cal. Penal Code § 631) All persons in California whose communications were tapped by a person Defendant aided, agreed with, employed, or conspired to tap.<br><br>Class Two (Cal. Penal Code § 632.7) All persons in California whose cellular communications were recorded by Defendant, or an entity Defendant assisted. |

| | | |
|---|---|---|
| Shook- Jennifer McLoone and Erin Leffler | 1. MA Wiretapping Statute;<br>2. Invasion of Privacy-Intrusion Upon Seclusion | All natural persons in Massachusetts whose Website Communications were captured in Massachusetts through the use of Session Replay Code embedded in www.cabelas.com |
| Shook- Jennifer McLoone and Erin Leffler | 1. MO Wiretap Act;<br>2. MMPA;<br>3. Invasion of Privacy-Intrusion Upon Seclusion;<br>4. Trespass to Chattels;<br>5. ECPA-Unauthorized Interception, Use, and Disclosure;<br>6. ECPA-Unauthorized Divulgence;<br>7. Title II of ECPA-Stored Communications Act;<br>8. CFAA | All natural persons in the United States whose Website Communications were captured through the use of Session Replay Code embedded in www.basspro.com (the "Nationwide Class").<br><br>All natural persons in the State of Missouri whose Website Communications were captured through the use of Session Replay Code embedded in www.basspro.com (the "Missouri Class").<br><br>All natural persons in the United States whose Website Communications were captured through the use of Session Replay Code embedded in www.cabelas.com. (the "Nationwide Class"). |

| | | |
|---|---|---|
| Shook- Jennifer McLoone and Erin Leffler | PA Wiretap Act | All persons residing within the State of Pennsylvania (1) who visited Defendant's websites and (2) whose electronic communications were intercepted by Defendant or on Defendant's behalf (3) without their prior consent. |
| Shook- Jennifer McLoone and Erin Leffler | 1. PA Wiretap Act;<br>2. Invasion of Privacy-Intrusion Upon Seclusion | All natural persons in Pennsylvania whose Website Communications were captured in Pennsylvania through the use of Session Replay Code embedded in www.basspro.com |
| Shook- Jennifer McLoone and Erin Leffler | 1. PA Wiretap Act;<br>2. Invasion of Privacy-Intrusion Upon Seclusion | All natural persons in Pennsylvania whose Website Communications were captured in Pennsylvania through the use of Session Replay Code embedded in www.cabelas.com |

| | | |
|---|---|---|
| Shook- Jennifer McLoone and Erin Leffler | 1. Unlawful Wiretapping and Interception of Electronic Communication, Cal. Penal Code §§ 630-638;<br>2. ECPA, 18 U.S.C. § 2511(1) *et seq.*<br>3. ECPA Unauthorized Divulgence by Electronic Communications Service, 18 U.S. Code § 2511(3)(a)<br>4. ECPA, 18 U.S.C. § 2701, *et seq.*<br>5. ECPA, 18 U.S.C. § 2702, *et seq.*<br>6. CFAA, 18 U.S.C. § 1030, *et seq.*<br>7. Statutory Larceny, Cal. Penal Code §§ 484 and 496<br>8. UCL, Cal. Bus. & Prof. Code §§ 17200, *et seq.*<br>9. Trespass To Chattels<br>10. Conversion | All persons in the United States whose communications were intercepted by Defendant or its agents.<br><br>All persons in California whose communications were intercepted by Defendant or its agents |
| Shook- Jennifer McLoone and Erin Leffler | 1. MD Wiretap Act<br>2. Invasion of Privacy-Intrusion Upon Seclusion | All natural persons in Maryland whose Website Communications were captured through the use of Session Replay Code embedded in www.basspro.com |