# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## JOINT STATUS REPORT EXHIBIT B

The parties, by and through undersigned counsel, having conferred pursuant to this Court's June 20, 2023 Order (Doc. 4) agree to the following electronic service list pursuant to Fed. R. Civ. P. 5(b)(2)(E) and pursuant to the terms outlined in the Joint Status Report filed contemporaneously:

| Party | Email Addresses At Which to Serve Documents: |
|---|---|
| **Plaintiffs** | Karen Hanson Riebel khriebel@locklaw.com; Baxter-Kauf, Kate M. kmbaxter-kauf@locklaw.com; Berg, Maureen Kane mkberg@locklaw.com; Johnson, Carey R. crjohnson@locklaw.com; Ajagbusi, Accomplish T. atajagbusi@locklaw.com; Carey Alexander calexander@scott-scott.com; Anja Rusi arusi@scott-scott.com; MaryBeth Gibson MGibson@thefinleyfirm.com; Nick Jackson njackson@thefinleyfirm.com; Sheila Hamilton-Bynum sbynum@thefinleyfirm.com; Steven Nathan snathan@hausfeld.com; 'James J. Pizzirusso jpizzirusso@hausfeld.com; Tiffany Yiatras tiffany@consumerprotectionlegal.com; Casey Flynn casey@lawofficeflynn.com; Jon Jagher jjagher@fklmlaw.com; Gary Klinger GKlinger@milberg.com; John Nelson JNelson@milberg.com; Brian Gudmundson Brian.Gudmundson@zimmreed.com; Rachel K. Tack |

|  | rachel.tack@zimmreed.com; Nicholas Colella NickC@lcllp.com; Jamisen Etzel Jamisen@lcllp.com; Patrick Donathen Patrick@lcllp.com; Gary Lynch Gary@lcllp.com; Joseph Kanee joseph@marcuszelman.com; Ari Marcus ari@marcuszelman.com; Joshua Swigart Josh@SwigartLawGroup.com <josh@swigartlawgroup.com>; Daniel Shay danielshay@sandiegobankruptcynow.com; Bryan L. Bleichner bbleichner@chestnutcambronne.com; Philip Krzeski pkrzeski@chestnutcambronne.com; Gary Luloff GLuloff@chestnutcambronne.com |
|---|---|
| **Defendants** | Jennifer McLoone jmcloone@shb.com; bizquierdo@shb.com; mliggins@shb.com; Erin Leffler eleffler@shb.com; jfoley@shb.com |

Date: July 6, 2023

By: /s/ Kate M. Baxter-Kauf
Kate M. Baxter-Kauf
Karen Hanson Riebel
Maureen Kane Berg
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

By: /s/ Nicholas A. Colella
Nicholas A. Colella
Gary F. Lynch
Kelly K. Iverson
Jamisen Etzel
Elizabeth Pollock Avery
Patrick Donathen
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243

2

NickC@lcllp.com
Gary@lcllp.com
Kelly@lcllp.com
Jamisen@lcllp.com
Elizabeth@lcllp.com
Patrick@lcllp.com

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington St. Suite 1240
Chicago IL 60602
Tel: (312) 750-1265
katrina@lcllp.com

By: */s/ Joseph H. Kanee*
Joseph H. Kanee
**MARCUS & ZELMAN LLC**
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (786) 369-1122
joseph@marcuszelman.com

Ari H. Marcus (PA Bar # 322283)
**MARCUS & ZELMAN LLC**
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
ari@marcuszelman.com
*Proposed Plaintiffs' Co-Lead and Liaison Counsel*

Carey Alexander
**SCOTT & SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue
Ste 17th Floor
New York, NY 10169
Tel: (212) 223-6444
calexander@scott-scott.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Tel: (404) 978-6971
mgibson@thefinleyfirm.com

3

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street Fourteenth Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

James J. Pizzirusso (Md. Bar No. 20817)
**HAUSFELD LLP**
888 16th Street N.W. Suite 300 Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com
*Proposed Plaintiffs' Steering Committee*

Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Tiffany Marko Yiatras, MOED Bar No. 58197MO
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Tel: (314) 541-0317
tiffany@consumerprotectionlegal.com

Francis J. "Casey" Flynn, Jr.
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plaza
Los Angeles, CA 90036
Tel: (314) 662-2836
casey@lawofficeflynn.com

Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234.6486
jjagher@fklmlaw.com

4

Daniel G. Shay
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
Tel: (866) 222-7429
DanielShay@TCPAFDCPA.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (847) 208-4585
gklinger@milberg.com

Joshua Brandon Swigart
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
Tel: (866) 219-8344
josh@swigartlawgroup.com

Brian C. Gudmundson
Rachel K. Tack
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 341-0400
Brian.Gudmundson@zimmreed.com
rachel.tack@zimmreed.com
*Plaintiffs' Counsel*

-and-

By: s/Jennifer A. McLoone
Jennifer McLoone
**SHOOK HARDY & BACON LLP**
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
Tel: 305-358-5171
jmcloone@shb.com

Erin (Loucks) Leffler
**SHOOK HARDY & BACON LLP**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
eleffler@shb.com

*Defense Counsel*