UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL No. 3074<br>E.D. Pa. Action Nos.<br>2:23-md-03074<br>2:23-cv-02294 |

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| <u>Plaintiff Heather Cornell</u><br>(Party) | <u>Commonwealth of Pennsylvania</u><br>(Citizenship) |

Dated: July 7, 2023

Respectfully submitted,

*/s/ Nicholas A. Colella*
Gary F. Lynch
Nicholas A. Colella
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: 412-322-9243
Fax: 412-231-0246
gary@lcllp.com
nickc@lcllp.com

*Counsel for Plaintiff Heather Cornell*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                                  */s/ Nicholas A. Colella*
                                                  Nicholas A. Colella