IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: BPS Direct, LLC, and Cabelas, LLC, Wiretapping Litigation** | CASE NO. 2:23-md-03074-MAK<br><br>Individual Case No.: 2:22-cv-04709-JP |

## DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| <u>Plaintiff Brittany Vonbergen</u><br>(Party) | <u>Commonwealth of Pennsylvania</u><br>(Citizenship) |

Dated: July 7, 2023

By: <u>/s/ Joseph Kanee</u>
Joseph Kanee, Esq.
Admitted *Pro Hac Vice*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282

Email: joseph@marcuszelman.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing.

/s/ Joseph Kanee
Joseph Kanee, Esq.