**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | : **MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : |
| | : |
| | : **E.D.Pa. ACTION NOS.:** |
| | : **23-md-3074** |
| | : **22-cv-4709** |
| | : **23-cv-2282** |
| | : **23-cv-2287** |
| | : **23-cv-2293** |
| | : **23-cv-2294** |
| | : **23-cv-2295** |
| | : **23-cv-2306** |
| | : **23-cv-2338** |

## ORDER

**AND NOW**, this 25th day of July 2023, upon considering counsels' Report of Rule 26(f)

Meeting (ECF No. 47) seeking to correct a mistaken termination of counsel in our July 12, 2023

Order (ECF No. 45), and finding good cause, it is **ORDERED** Tiffany M. Yiatras, Esq. is

reinstated and may practice *pro hac vice* in this matter.

KEARNEY, J.