# EXHIBIT A



171 Retail Stores

# In the US and Canada

Bass Pro Shops and Cabela's are one team now. **Learn More.**

| e.g. Springfield, MO or 65898 | 🔍 |

📍 Bass Pro Shops    📍 Cabela's

# UNITED STATES

## ALABAMA



📍 **CABELA'S HUNTSVILLE, AL**

**Open today until 9:00 PM**

7090 Cabela Drive NW
Huntsville, AL 35806

📞 (256) 517-7200       📍 Directions



📍 **BASS PRO SHOPS LEEDS, AL**

**Open today until 9:00 PM**

5000 Bass Pro Blvd
Leeds, AL 35094

📞 (205) 702-7500       📍 Directions

📍 **BASS PRO SHOPS PRATTVILLE, AL**

**Open today until 9:00 PM**

2553 Rocky Mount Rd
Prattville, AL 36066

📞 (334) 290-6400      📍 Directions

---

 **BASS PRO SHOPS SPANISH FORT, AL**

**Open today until 9:00 PM**

20000 Bass Pro Dr
Spanish Fort, AL 36527

📞 (251) 607-5900      📍 Directions

---

# ALASKA

 **CABELA'S ANCHORAGE, AK**

**Open today until 8:00 PM**

155 W 104th Avenue
Anchorage, AK 99515

📞 (907) 341-3400      📍 Directions

---

 **BASS PRO SHOPS ANCHORAGE, AK**

**Open today until 8:00 PM**

3046 Mountain View Dr
Anchorage, AK 99501

📞 (907) 330-5200      📍 Directions

---

# ARIZONA

 **BASS PRO SHOPS (FORMERLY CABELA'S) GLENDALE, AZ**

**Open today until 9:00 PM**

9380 W Glendale Ave
Glendale, AZ 85305

📞 (623) 872-6700      📍 Directions

 **BASS PRO SHOPS MESA, AZ**

**Open today until 9:00 PM**

1133 North Dobson
Mesa, AZ 85201

📞 (602) 606-5600      📍 Directions

# ARKANSAS

 **BASS PRO SHOPS LITTLE ROCK, AR**

**Open today until 9:00 PM**

1 Bass Pro Dr
Little Rock, AR 72210

📞 (501) 954-4500      📍 Directions

 **BASS PRO SHOPS ROGERS, AR**

**Open today until 9:00 PM**

2300 S Promenade Blvd
Rogers, AR 72758

📞 (479) 616-1925      📍 Directions

# CALIFORNIA

 **BASS PRO SHOPS MANTECA, CA**

**Open today until 9:00 PM**

1356 Bass Pro Dr
Manteca, CA 95337

📞 (209) 825-8400      📍 Directions

 **BASS PRO SHOPS RANCHO CUCAMONGA, CA**

**Open today until 9:00 PM**

7777 Victoria Gardens Lane

Rancho Cucamonga, CA 91739

📞 (909) 922-5500                                                    📍 Directions

---

📍 BASS PRO SHOPS ROCKLIN, CA

**Open today until 9:00 PM**

5472 Crossings Dr
Rocklin, CA 95677

📞 (916) 251-3800                                                    📍 Directions

---

📍 BASS PRO SHOPS SAN JOSE, CA

**Open today until 9:00 PM**

5160 Cherry Ave
San Jose, CA 95118

📞 (669) 234-5700                                                    📍 Directions

# COLORADO

📍 BASS PRO SHOPS COLORADO SPRINGS, CO

**Open today until 9:00 PM**

13012 Bass Pro Dr
Colorado Springs, CO 80921

📞 (719) 488-7300                                                    📍 Directions

---

📍 BASS PRO SHOPS DENVER, CO

**Open today until 9:00 PM**

7970 Northfield Blvd
Denver, CO 80238

📞 (720) 385-3600                                                    📍 Directions

---

📍 CABELA'S GRAND JUNCTION, CO

**Open today until 9:00 PM**

2424 US Hwy 6
Grand Junction, CO 81505

📞 (970) 683-5000    📍 Directions

📍 **CABELA'S LONE TREE, CO**

**Open today until 9:00 PM**

10670 Cabela Dr
Lone Tree, CO 80124

📞 (303) 625-9920    📍 Directions

📍 **CABELA'S THORNTON, CO**

**Open today until 9:00 PM**

14050 Lincoln Street
Thornton, CO 80023

📞 (303) 625-6100    📍 Directions

# CONNECTICUT

📍 **BASS PRO SHOPS BRIDGEPORT, CT**

**Open today until 9:00 PM**

1 Bass Pro Dr
Bridgeport, CT 06608

📞 (203) 362-4200    📍 Directions

📍 **CABELA'S EAST HARTFORD, CT**

**Open today until 9:00 PM**

475 E Hartford Blvd
East Hartford, CT 06118

📞 (860) 290-6200    📍 Directions

# DELAWARE


### CABELA'S CHRISTIANA

**Open today until 9:00 PM**

1100 Christiana Mall
#1410
Newark, DE 19702

📞 (302) 266-2300                                   📍 Directions

# FLORIDA


### BASS PRO SHOPS DANIA BEACH, FL

**Open today until 9:00 PM**

200 Gulf Stream Way
Dania Beach, FL 33004

📞 (954) 929-7710                                   📍 Directions


### BASS PRO SHOPS DAYTONA BEACH, FL

**Open today until 9:00 PM**

1880 W Checkered Flag Blvd
Ste. N-100
Daytona Beach, FL 32114

📞 (386) 281-4300                                   📍 Directions


### BASS PRO SHOPS DESTIN, FL

**Open today until 9:00 PM**

4301 Legendary Dr
Destin, FL 32541

📞 (850) 269-6200                                   📍 Directions


### BASS PRO SHOPS FT. MYERS, FL

**Open today until 9:00 PM**

10040 Gulf Center Dr

Ft. Myers, FL 33913

📞 (239) 461-7800                                                        📍 Directions

---

📍 BASS PRO SHOPS GAINESVILLE, FL

**Open today until 9:00 PM**

2650 Bass Pro Shops Blvd
Gainesville, FL 32608

📞 (352) 204-4100                                                        📍 Directions

---

📍 BASS PRO SHOPS - WORLD WIDE SPORTSMAN
ISLAMORADA, FL

**Open today until 8:00 PM**

81576 Overseas Highway
Islamorada, FL 33036

📞 (305) 664-4615                                                        📍 Directions

---

📍 BASS PRO SHOPS MIAMI, FL

**Open today until 9:00 PM**

11551 Northwest 12th St
Miami, FL 33172

📞 (305) 341-4200                                                        📍 Directions

---

📍 BASS PRO SHOPS ORLANDO, FL

**Open today until 9:00 PM**

5156 International Dr
Orlando, FL 32819

📞 (407) 563-5200                                                        📍 Directions

---

📍 BASS PRO SHOPS PALM BAY, FL

**Open today until 9:00 PM**

750 Bass Pro Dr NE
Palm Bay, FL 32905

 **BASS PRO SHOPS PORT ST. LUCIE, FL**

**Open today until 9:00 PM**

2250 Gatlin Blvd
Port St. Lucie, FL 34953

📞 (772) 785-7600                                    📍 Directions

---

 **BASS PRO SHOPS TALLAHASSEE, FL**

**Open today until 9:00 PM**

4059 Lagniappe Way
Tallahassee, FL 32317

📞 (850) 402-6900                                    📍 Directions

---

 **BASS PRO SHOPS BRANDON**

**Open today until 9:00 PM**

10501 Palm River Rd
Tampa, FL 33619

📞 (813) 655-2400                                    📍 Directions

# GEORGIA

 **CABELA'S ACWORTH, GA**

**Open today until 9:00 PM**

152 Northpoint Parkway
Acworth, GA 30102

📞 (470) 315-7500                                    📍 Directions

---

 **BASS PRO SHOPS (FORMERLY CABELA'S) AUGUSTA, GA**

**Open today until 9:00 PM**

833 Cabela Drive
Augusta, GA 30909

📞 (762) 444-6500 · 📍 Directions

📍 BASS PRO SHOPS LAWRENCEVILLE, GA

**Open today until 9:00 PM**

5900 Sugarloaf Pkwy
Suite 129
Lawrenceville, GA 30043

📞 (678) 847-5500 · 📍 Directions

📍 BASS PRO SHOPS MACON, GA

**Open today until 9:00 PM**

5000 Bass Pro Blvd
Macon, GA 31210

📞 (478) 757-7600 · 📍 Directions

📍 BASS PRO SHOPS SAVANNAH, GA

**Open today until 8:00 PM**

14045 Abercorn St
Savannah, GA 31419

📞 (912) 961-4200 · 📍 Directions

# IDAHO

📍 CABELA'S AMMON, ID

**Open today until 9:00 PM**

3693 South 25th East
Ammon, ID 83406

📞 (208) 932-2900 · 📍 Directions

📍 CABELA'S BOISE, ID

**Open today until 9:00 PM**

8109 West Franklin Road

Boise, ID 83709

📞 (208) 672-7900                                    📍 Directions

---

📍 **CABELA'S POST FALLS, ID**

**Open today until 9:00 PM**

101 N Cabela Way
Post Falls, ID 83854

📞 (208) 777-6300                                    📍 Directions

# ILLINOIS

📍 BASS PRO SHOPS BOLINGBROOK, IL

**Open today until 9:00 PM**

709 Janes Ave
Bolingbrook, IL 60440

📞 (630) 296-2700                                    📍 Directions

---

📍 BASS PRO SHOPS EAST PEORIA, IL

**Open today until 9:00 PM**

1000 Bass Pro Shops Dr
East Peoria, IL 61611

📞 (309) 427-3400                                    📍 Directions

---

📍 BASS PRO SHOPS GURNEE, IL

**Open today until 9:00 PM**

6112 West Grand Ave
Gurnee, IL 60031

📞 (847) 856-1229                                    📍 Directions

---

📍 CABELA'S HOFFMAN ESTATES, IL

**Open today until 9:00 PM**

5225 Prairie Stone Pkwy
Hoffman Estates, IL 60192

📞 (847) 645-0400                                          📍 Directions

# INDIANA

📍 BASS PRO SHOPS CLARKSVILLE, IN

**Open today until 9:00 PM**

951 E Lewis & Clark Pkwy
Clarksville, IN 47129

📞 (812) 218-5500                                          📍 Directions

📍 CABELA'S HAMMOND, IN

**Open today until 9:00 PM**

7700 Cabela Dr
Hammond, IN 46324

📞 (219) 845-9040                                          📍 Directions

📍 CABELA'S NOBLESVILLE, IN

**Open today until 9:00 PM**

13725 Cabela Parkway
Noblesville, IN 46060

📞 (317) 565-6400                                          📍 Directions

📍 BASS PRO SHOPS PORTAGE, IN

**Open today until 9:00 PM**

6425 Daniel Burnham Dr
Portage, IN 46368

📞 (219) 787-6800                                          📍 Directions

# IOWA

BASS PRO SHOPS ALTOONA, IA

**Open today until 9:00 PM**

1000 Bass Pro Dr NW
Altoona, IA 50009

📞 (515) 957-5500                                    📍 Directions

BASS PRO SHOPS COUNCIL BLUFFS, IA

**Open today until 9:00 PM**

2901 Bass Pro Dr
Council Bluffs, IA 51501

📞 (712) 325-6000                                    📍 Directions

# KANSAS

BASS PRO SHOPS (FORMERLY CABELA'S) KANSAS CITY, KS

**Open today until 9:00 PM**

10300 Cabela Drive
Kansas City, KS 66111

📞 (913) 328-0322                                    📍 Directions

BASS PRO SHOPS OLATHE, KS

**Open today until 9:00 PM**

12051 Bass Pro Dr
Olathe, KS 66061

📞 (913) 254-5200                                    📍 Directions

CABELA'S WICHITA, KS

**Open today until 9:00 PM**

2427 N Greenwich Rd
Wichita, KS 67226

📞 [(316) 854-3130](#)      📍 Directions

# KENTUCKY

---

📍  **CABELA'S BOWLING GREEN, KY**

**Open today until 8:00 PM**

3395 Nell O'Bryan Court
Bowling Green, KY 42103

📞 [(270) 936-8300](#)      📍 Directions

---

📍  **CABELA'S LEXINGTON, KY**

**Open today until 9:00 PM**

1510 Conservation Way
Lexington, KY 40509

📞 [(859) 286-5300](#)      📍 Directions

---

📍  **CABELA'S LOUISVILLE, KY**

**Open today until 9:00 PM**

5100 Norton Healthcare Blvd
Louisville, KY 40241

📞 [(502) 365-9020](#)      📍 Directions

---

# LOUISIANA

---

📍  **BASS PRO SHOPS BOSSIER CITY, LA**

**Open today until 9:00 PM**

100 Bass Pro Dr
Bossier City, LA 71111

📞 [(318) 549-8800](#)      📍 Directions

---

📍 **BASS PRO SHOPS DENHAM SPRINGS, LA**

**Open today until 9:00 PM**

175 Bass Pro Blvd
Denham Springs, LA 70726

📞 (225) 271-3100                                              📍 Directions

---



### CABELA'S GONZALES, LA

**Open today until 9:00 PM**

2200 W Cabela's Parkway
Gonzales, LA 70737

📞 (225) 743-3400                                              📍 Directions

## MAINE



### CABELA'S SCARBOROUGH, ME

**Open today until 9:00 PM**

100 Cabela's Blvd
Scarborough, ME 04074

📞 (207) 883-7400                                              📍 Directions

## MARYLAND



### BASS PRO SHOPS HANOVER, MD

**Open today until 9:00 PM**

7000 Arundel Mills Circle
Suite E-2
Hanover, MD 21076

📞 (410) 689-2500                                              📍 Directions

## MASSACHUSETTS

📍 **BASS PRO SHOPS FOXBOROUGH, MA**

**Open today until 9:00 PM**

1 Bass Pro Dr
Foxborough, MA 02035

📞 (508) 216-2000                                    📍 Directions

📍 **CABELA'S BERLIN**

**Open today until 9:00 PM**

44 Highland Common
Hudson, MA 01749

📞 (978) 212-6200                                    📍 Directions

# MICHIGAN

📍 **BASS PRO SHOPS AUBURN HILLS, MI**

**Open today until 9:00 PM**

4500 Baldwin Rd
Auburn Hills, MI 48326

📞 (248) 209-4200                                    📍 Directions

📍 **CABELA'S CHESTERFIELD, MI**

**Open today until 9:00 PM**

45959 Towne Center Blvd.
Chesterfield, MI 48047

📞 (586) 273-5100                                    📍 Directions

📍 **CABELA'S DUNDEE, MI**

**Open today until 9:00 PM**

110 Cabela Blvd East
Dundee, MI 48131

📞 (734) 529-4700                                    📍 Directions



**CABELA'S GRANDVILLE, MI**

**Open today until 9:00 PM**

3000 44th Street Southwest
Grandville, MI 49418

📞 (616) 682-6700                                                    📍 Directions

---



**CABELA'S SAGINAW, MI**

**Open today until 9:00 PM**

5202 Bay Road
Saginaw, MI 48604

📞 (989) 321-5700                                                    📍 Directions

# MINNESOTA

**CABELA'S EAST GRAND FORKS, MN**

**Open today until 9:00 PM**

210 Demers Ave NW
East Grand Forks, MN 56721

📞 (218) 773-0282                                                    📍 Directions

---

**CABELA'S OWATONNA, MN**

**Open today until 9:00 PM**

3900 Cabela Drive
Owatonna, MN 55060

📞 (507) 451-4545                                                    📍 Directions

---

**CABELA'S ROGERS, MN**

**Open today until 9:00 PM**

20200 Rogers Drive
Rogers, MN 55374

📞 (763) 493-8600                                                    📍 Directions



### CABELA'S WOODBURY, MN

**Open today until 9:00 PM**

8400 Hudson Road
Woodbury, MN 55125

📞 (612) 255-0000                                    📍 Directions

## MISSISSIPPI



### BASS PRO SHOPS PEARL, MS

**Open today until 9:00 PM**

100 Bass Pro Dr
Pearl, MS 39208

📞 (601) 933-3700                                    📍 Directions

## MISSOURI



### BASS PRO SHOPS BRANSON, MO

**Open today until 9:00 PM**

1 Bass Pro Dr
Branson, MO 65616

📞 (417) 243-5200                                    📍 Directions



### BASS PRO SHOPS COLUMBIA, MO

**Open today until 9:00 PM**

3101 Bass Pro Dr
Columbia, MO 65202

📞 (573) 886-7100                                    📍 Directions



### CABELA'S HAZELWOOD, MO

**Open today until 9:00 PM**

5555 St Louis Mills Boulevard
#167
Hazelwood, MO 63042

📞 (314) 225-0100                                                      📍 Directions

---

📍 BASS PRO SHOPS INDEPENDENCE, MO

**Open today until 9:00 PM**

18001 Bass Pro Dr
Independence, MO 64055

📞 (816) 795-4300                                                      📍 Directions

---

📍 BASS PRO SHOPS SPRINGFIELD, MO

**Open today until 9:00 PM**

1 Bass Pro Dr
Springfield, MO 65807

📞 (417) 887-7334                                                      📍 Directions

---

📍 BASS PRO SHOPS CATALOG OUTLET SPRINGFIELD, MO

**Open today until 9:00 PM**

2011 S Campbell Avenue
Springfield, MO 65807

📞 (417) 891-5375                                                      📍 Directions

---

📍 BASS PRO SHOPS ST. CHARLES, MO

**Open today until 9:00 PM**

1365 South 5th St
St. Charles, MO 63301

📞 (636) 688-2500                                                      📍 Directions

---

📍 BASS PRO SHOPS SUNSET HILLS, MO

**Open today until 9:00 PM**

3600 South Lindbergh Blvd


Sunset Hills, MO 63127

📞 (314) 946-2000                                          📍 Directions

# MONTANA

📍 **CABELA'S BILLINGS, MT**

**Open today until 9:00 PM**

4550 King Avenue East
Billings, MT 59101

📞 (406) 373-7300                                          📍 Directions

📍 **CABELA'S KALISPELL, MT**

**Open today until 9:00 PM**

125 Treeline Road
Kalispell, MT 59901

📞 (406) 203-5200                                          📍 Directions

📍 **CABELA'S MISSOULA, MT**

**Open today until 9:00 PM**

3650 Brooks Street
Missoula, MT 59801

📞 (406) 203-5400                                          📍 Directions

# NEBRASKA

📍 **CABELA'S KEARNEY, NE**

**Open today until 9:00 PM**

3600 US 30
Kearney, NE 68847

📞 (308) 234-3933                                          📍 Directions

 **CABELA'S LA VISTA, NE**

**Open today until 9:00 PM**

12703 Westport Parkway
La Vista, NE 68138

📞 (402) 861-4800                    📍 Directions

 **CABELA'S SIDNEY, NE**

**Open today until 9:00 PM**

115 Cabela Drive
Sidney, NE 69162

📞 (308) 255-7889                    📍 Directions

# NEVADA

 **BASS PRO SHOPS LAS VEGAS, NV**

**Open today until 9:00 PM**

8200 Dean Martin Dr
Las Vegas, NV 89139

📞 (702) 730-5200                    📍 Directions

 **CABELA'S RENO**

**Open today until 9:00 PM**

8650 Boomtown Garson Road
Verdi, NV 89439

📞 (775) 829-4100                    📍 Directions

# NEW HAMPSHIRE

 **BASS PRO SHOPS HOOKSETT, NH**

**Open today until 9:00 PM**

2 Commerce Dr
Hooksett, NH 03106

📞 (603) 541-5200          📍 Directions

# NEW JERSEY

📍 BASS PRO SHOPS ATLANTIC CITY, NJ

**Open today until 8:00 PM**

30 N Christopher Columbus Blvd
Atlantic City, NJ 08401

📞 (609) 449-4500          📍 Directions

# NEW MEXICO

📍 CABELA'S ALBUQUERQUE, NM

**Open today until 9:00 PM**

5151 Lang Ave NE
Albuquerque, NM 87109

📞 (505) 336-2700          📍 Directions

# NEW YORK

📍 BASS PRO SHOPS AUBURN, NY

**Open today until 9:00 PM**

1579 Clark St Rd
Auburn, NY 13021

📞 (315) 258-2700          📍 Directions

📍 CABELA'S CHEEKTOWAGA, NY

**Open today until 9:00 PM**

2003 Walden Ave
Cheektowaga, NY 14225

📞 (716) 608-4770       📍 Directions

📍 **BASS PRO SHOPS UTICA, NY**

**Open today until 9:00 PM**

710 Horatio St
Utica, NY 13502

📞 (315) 266-4900       📍 Directions

# NORTH CAROLINA

📍 **BASS PRO SHOPS CARY, NC**

**Open today until 9:00 PM**

801 Bass Pro Lane
Cary, NC 27513

📞 (919) 677-5100       📍 Directions

📍 **BASS PRO SHOPS CONCORD, NC**

**Open today until 9:00 PM**

8181 Concord Mills Blvd
Concord, NC 28027

📞 (704) 979-2200       📍 Directions

📍 **CABELA'S GARNER, NC**

**Open today until 9:00 PM**

201 Cabela Drive
Garner, NC 27529

📞 (984) 204-2200       📍 Directions

# OHIO



### CABELA'S AVON, OH

**Open today until 9:00 PM**

35685 Chester Road
Avon, OH 44011

📞 (440) 723-5600                                    📍 Directions



### CABELA'S CENTERVILLE, OH

**Open today until 9:00 PM**

5500 Cornerstone North Blvd
Centerville, OH 45440

📞 (937) 949-2000                                    📍 Directions



### BASS PRO SHOPS CINCINNATI, OH

**Open today until 9:00 PM**

300 Cincinnati Mills Dr
Cincinnati, OH 45240

📞 (513) 826-5200                                    📍 Directions



### CABELA'S COLUMBUS, OH

**Open today until 9:00 PM**

1650 Gemini Pl
Columbus, OH 43240

📞 (614) 702-2300                                    📍 Directions



### BASS PRO SHOPS ROSSFORD, OH

**Open today until 9:00 PM**

10000 Bass Pro Blvd
Rossford, OH 43460

📞 (419) 891-3900                                    📍 Directions

### CABELA'S WEST CHESTER, OH

**Open today until 9:00 PM**

7250 Cabela Drive
West Chester, OH 45069

📞 (513) 342-5300                                              📍 Directions

# OKLAHOMA


**BASS PRO SHOPS BROKEN ARROW, OK**

**Open today until 9:00 PM**

101 Bass Pro Dr
Broken Arrow, OK 74012

📞 (918) 355-7600                                              📍 Directions


**CABELA'S OKLAHOMA CITY, OK**

**Open today until 9:00 PM**

1200 W Memorial Rd
Oklahoma City, OK 73114

📞 (405) 546-3500                                              📍 Directions


**BASS PRO SHOPS OKLAHOMA CITY, OK**

**Open today until 9:00 PM**

200 Bass Pro Dr
Oklahoma City, OK 73104

📞 (405) 218-5200                                              📍 Directions

# OREGON


**CABELA'S SPRINGFIELD, OR**

**Open today until 9:00 PM**

2800 Gateway Street
Springfield, OR 97477

📞 (541) 349-5760      📍 Directions



### CABELA'S TUALATIN, OR

**Open today until 9:00 PM**

7555 Southwest Nyberg Street
Tualatin, OR 97062

📞 (503) 822-2000      📍 Directions

## PENNSYLVANIA



### CABELA'S HAMBURG, PA

**Open today until 9:00 PM**

100 Cabela Drive
Hamburg, PA 19526

📞 (610) 929-7000      📍 Directions



### BASS PRO SHOPS HARRISBURG, PA

**Open today until 9:00 PM**

3501 Paxton St
Harrisburg, PA 17111

📞 (717) 565-5200      📍 Directions

## SOUTH CAROLINA



### CABELA'S FORT MILL, SC

**Open today until 9:00 PM**

1000 Cabelas Drive
Fort Mill, SC 29708

📞 (980) 337-2600      📍 Directions

 [BASS PRO SHOPS (FORMERLY CABELA'S) GREENVILLE, SC](#)

**Open today until 9:00 PM**

1025 Woodruff Road
#H101
Greenville, SC 29607

📞 [(864) 516-8100](#)      📍 Directions

 [BASS PRO SHOPS MYRTLE BEACH, SC](#)

**Open today until 9:00 PM**

10177 North Kings Hwy
Myrtle Beach, SC 29572

📞 [(843) 361-4800](#)      📍 Directions

## SOUTH DAKOTA

 [CABELA'S MITCHELL, SD](#)

**Open today until 9:00 PM**

601 Cabela Drive
Mitchell, SD 57301

📞 [(605) 996-0337](#)      📍 Directions

 [CABELA'S RAPID CITY, SD](#)

**Open today until 9:00 PM**

3231 E Mall Dr
Rapid City, SD 57701

📞 [(605) 388-5600](#)      📍 Directions

## TENNESSEE

 [BASS PRO SHOPS BRISTOL, TN](#)

**Open today until 9:00 PM**

1 Bass Pro Dr

Bristol, TN 37620

📞 (423) 990-5200      📍 Directions

---

📍 **BASS PRO SHOPS CHATTANOOGA, TN**

**Open today until 9:00 PM**

1000 Bass Pro Dr
Chattanooga, TN 37412

📞 (423) 242-4000      📍 Directions

---

📍 **BASS PRO SHOPS KODAK, TN**

**Open today until 9:00 PM**

3629 Outdoor Sportsmans Place
Kodak, TN 37764

📞 (865) 932-5600      📍 Directions

---

📍 **BASS PRO SHOPS AT THE PYRAMID MEMPHIS**

**Open today until 9:00 PM**

1 Bass Pro Dr
Memphis, TN 38105

📞 (901) 291-8200      📍 Directions

---

📍 **BASS PRO SHOPS MEMPHIS, TN**

**Open today until 9:00 PM**

6140 Macon Rd
Memphis, TN 38134

📞 (901) 213-5800      📍 Directions

---

📍 **BASS PRO SHOPS NASHVILLE, TN**

**Open today until 9:00 PM**

323 Opry Mills Dr
Nashville, TN 37214



# TEXAS 📞 [(615) 514-5200](#) 📍 [Directions](#)

---

📍 [CABELA'S ALLEN, TX](#)

**Open today until 9:00 PM**

1 Cabela Drive
Allen, TX 75002

📞 [(214) 383-0502](#)      📍 [Directions](#)

---

📍 [CABELA'S BUDA, TX](#)

**Open today until 9:00 PM**

15570 South Interstate 35 Frontage Road
Buda, TX 78610

📞 [(512) 295-1100](#)      📍 [Directions](#)

---

📍 [CABELA'S EL PASO, TX](#)

**Open today until 9:00 PM**

6450-10 Desert Blvd. North
El Paso, TX 79912

📞 [(915) 263-8100](#)      📍 [Directions](#)

---

📍 [CABELA'S FORT WORTH, TX](#)

**Open today until 9:00 PM**

12901 Cabelas Drive
Fort Worth, TX 76177

📞 [(817) 337-2400](#)      📍 [Directions](#)

---

📍 [BASS PRO SHOPS GARLAND, TX](#)

**Open today until 9:00 PM**

5001 Bass Pro Dr
Garland, TX 75043

📞 (469) 221-2600     📍 Directions

📍 **BASS PRO SHOPS GRAPEVINE, TX**

**Open today until 9:00 PM**

2501 Bass Pro Dr
Grapevine, TX 76051

📞 (972) 724-2018     📍 Directions

📍 **BASS PRO SHOPS HARLINGEN, TX**

**Open today until 9:00 PM**

101 Bass Pro Dr
Harlingen, TX 78552

📞 (956) 291-5200     📍 Directions

📍 **BASS PRO SHOPS KATY, TX**

**Open today until 9:00 PM**

5000 Katy Mills Circle
Suite 415
Katy, TX 77494

📞 (281) 644-2200     📍 Directions

📍 **CABELA'S LEAGUE CITY, TX**

**Open today until 9:00 PM**

2421 Gulf Fwy S
League City, TX 77573

📞 (346) 231-0200     📍 Directions

📍 **CABELA'S LUBBOCK, TX**

**Open today until 9:00 PM**

3030 W Loop 289
Lubbock, TX 79407

📞 (806) 472-4300     📍 Directions

📍 **BASS PRO SHOPS PEARLAND**

**Open today until 9:00 PM**

1000 Bass Pro Dr
Pearland, TX 77047

📞 (713) 770-5100       📍 Directions

---

📍 **BASS PRO SHOPS ROUND ROCK, TX**

**Open today until 9:00 PM**

200 Bass Pro Dr
Round Rock, TX 78665

📞 (512) 876-2700       📍 Directions

---

📍 **BASS PRO SHOPS SAN ANTONIO, TX**

**Open today until 9:00 PM**

17907 IH-10 West
San Antonio, TX 78257

📞 (210) 253-8800       📍 Directions

---

📍 **CABELA'S WACO, TX**

**Open today until 9:00 PM**

2700 Marketplace Drive
Waco, TX 76711

📞 (254) 870-4300       📍 Directions

# UTAH

 **CABELA'S FARMINGTON, UT**

**Open today until 9:00 PM**

391 N Cabela Dr
Farmington, UT 84025

📞 (801) 939-3700       📍 Directions

📍 **CABELA'S LEHI, UT**

**Open today until 9:00 PM**

2502 West Cabela's Boulevard
Lehi, UT 84043

📞 (801) 766-2500

📍 Directions

# VIRGINIA

📍 **BASS PRO SHOPS ASHLAND, VA**

**Open today until 9:00 PM**

11550 Lakeridge Parkway
Ashland, VA 23005

📞 (804) 496-4700

📍 Directions

📍 **CABELA'S GAINESVILLE, VA**

**Open today until 9:00 PM**

5291 Wellington Branch Dr.
Gainesville, VA 20155

📞 (571) 222-9000

📍 Directions

📍 **BASS PRO SHOPS HAMPTON, VA**

**Open today until 9:00 PM**

1972 Power Plant Parkway
Hampton, VA 23666

📞 (757) 262-5200

📍 Directions

📍 **CABELA'S SHORT PUMP**

**Open today until 9:00 PM**

5000 Cabela Drive
Henrico, VA 23233

  📞 (804) 340-7300                                         📍 Directions

# WASHINGTON

📍 **CABELA'S LACEY, WA**

**Open today until 9:00 PM**

1600 Gateway Boulevard Northeast
Lacey, WA 98516

📞 (360) 252-3500                               📍 Directions

📍 **BASS PRO SHOPS TACOMA, WA**

**Open today until 9:00 PM**

7905 S Hosmer St
Tacoma, WA 98408

📞 (253) 671-5700                               📍 Directions

📍 **CABELA'S TULALIP, WA**

**Open today until 9:00 PM**

9810 Quil Ceda Boulevard
Tulalip, WA 98271

📞 (360) 474-4880                               📍 Directions

📍 **CABELA'S UNION GAP, WA**

**Open today until 9:00 PM**

1400 E Washington Ave
Union Gap, WA 98903

📞 (509) 941-2100                               📍 Directions

# WEST VIRGINIA

📍 **CABELA'S CHARLESTON, WV**

Open today until 9:00 PM

200 Cross Terrace Blvd
Charleston, WV 25309

📞 (304) 400-6000     📍 Directions

---

📍 BASS PRO SHOPS MORGANTOWN, WV

**Open today until 9:00 PM**

200 Bass Pro Drive
Morgantown, WV 26501

📞 (681) 285-6400     📍 Directions

---

📍 CABELA'S WHEELING

**Open today until 9:00 PM**

1 Cabela Drive
Triadelphia, WV 26059

📞 (304) 238-0120     📍 Directions

# WISCONSIN

---

📍 CABELA'S GREEN BAY

**Open today until 9:00 PM**

1499 Lombardi Avenue
Ashwaubenon, WI 54304

📞 (920) 264-0140     📍 Directions

---

📍 CABELA'S PRAIRIE DU CHIEN, WI

**Open today until 9:00 PM**

33901 St Hwy 35
Prairie du Chien, WI 53821

📞 (608) 326-5600     📍 Directions

---

📍 CABELA'S RICHFIELD, WI

**Open today until 9:00 PM**

1 Cabela Way
Richfield, WI 53076

📞 (262) 628-5700       📍 Directions

---

 CABELA'S SUN PRAIRIE, WI

**Open today until 9:00 PM**

1350 Cabela Drive
Sun Prairie, WI 53590

📞 (608) 478-4100       📍 Directions

# CANADA

## ALBERTA

 CABELA'S CALGARY, AB

**Open today until 9:00 PM**

851-64th Avenue Northeast
Calgary, AB T2E 3B8

📞 (403) 910-0200       📍 Directions

---

 CABELA'S EDMONTON, AB

**Open today until 9:00 PM**

15320 37 Street Northwest
Edmonton, AB T5Y 0S5

📞 (780) 670-6100       📍 Directions

---

 CABELA'S EDMONTON, AB

**Open today until 9:00 PM**

6150 Currents Drive Northwest
Edmonton, AB T6W 0L7

📞 (780) 628-9200                                          📍 Directions

📍 **BASS PRO SHOPS ROCKY VIEW, AB**

**Open today until 9:00 PM**

112-261055 Cross Iron Blvd
Rocky View, AB T4A0G3

📞 (403) 592-3900                                          📍 Directions

# BRITISH COLUMBIA

📍 **CABELA'S ABBOTSFORD, BC**

**Open today until 9:00 PM**

1818 McCallum Road
Abbotsford, BC V2S 0H9

📞 (604) 425-1800                                          📍 Directions

📍 **CABELA'S NANAIMO, BC**

**Closed at 7:00 PM**

6902 Island Highway North
Nanaimo, BC V9V 1P6

📞 (250) 390-7800                                          📍 Directions

📍 **BASS PRO SHOPS TSAWWASSEN, BC**

**Open today until 9:00 PM**

5000 Canoe Pass Way
Tsawwassen, BC V4M0B3

📞 (604) 948-6200                                          📍 Directions

# MANITOBA


### CABELA'S WINNIPEG, MB

**Open today until 9:00 PM**

580 Sterling Lyon Parkway
Winnipeg, MB R3P 1E9

📞 (204) 786-8966                                    📍 Directions

# NEW BRUNSWICK


### BASS PRO SHOPS GREATER MONCTON

**Open today until 9:00 PM**

1 Promenade Bass Pro Dr
Dieppe, NB E1A6S5

📞 (506) 878-5200                                    📍 Directions

# NOVA SCOTIA


### BASS PRO SHOPS HALIFAX

**Open today until 9:00 PM**

50 Cabela Road
Dartmouth, NS B3B 0M5

📞 (902) 417-1800                                    📍 Directions

# ONTARIO


### CABELA'S BARRIE, ON

**Open today until 9:00 PM**

Park Place Centre
50 Concert Way
Barrie, ON L4N 6N5

📞 (705) 735-8900                                    📍 Directions

 **BASS PRO SHOPS NIAGARA-ON-THE-LAKE, ON**

**Open today until 9:00 PM**

300 Taylor Rd
Ste A1
Niagara-on-the-Lake, ON L0S1J0

📞 (905) 322-4200                                    📍 Directions

---

 **CABELA'S OTTAWA, ON**

**Open today until 9:00 PM**

3065 Palladium Drive
Ottawa, ON K2T 0N2

📞 (613) 319-8600                                    📍 Directions

---

 **BASS PRO SHOPS VAUGHAN, ON**

**Open today until 9:00 PM**

1 Bass Pro Mills Dr
Vaughan, ON L4K5W4

📞 (905) 761-4000                                    📍 Directions

## SASKATCHEWAN

 **CABELA'S REGINA, SK**

**Open today until 9:00 PM**

4901 Gordon Road
Regina, SK S4W 0B7

📞 (306) 523-5900                                    📍 Directions

---

📍 **CABELA'S SASKATOON, SK**

**Open today until 9:00 PM**

1714 Preston Avenue North
Saskatoon, SK S7N 4Y1

📞 (306) 343-4868     **Find a store near you!**     📍 Directions

Enter City, State or Zip     🔍

Descriptive, typographic, or photographic errors are subject to corrections. Prices shown are in U.S. funds. All pages © 2023 BPS Direct, L.L.C. All rights reserved.

# EXHIBIT B

8/14/23, 7:25 PM
Case 2:23-md-03074-MAK   Document 53-1   Filed 08/14/23   Page 41 of 41
What will I be charged for shipping | Cabela's

**Click on the button for where your order will be shipped to view the shipping rates chart and information on shipping to your location.**

## US Orders to Contiguous 48 States

| Merchandise Total | Standard (4-6 Business Days) | Express (2 Business Days) | 1-Day Delivery (1 Business Day) |
|---|---|---|---|
| $0.00 - $49.99 | $5.00 | $8.00 | $25.00 |
| $50.00+ | FREE | FREE | $25.00 |

### About Shipping Charges:

- Shipping charges are based on your order total.
- Additional Charges for Oversized or Overweight Items may apply.
- Items considered HAZARDOUS (such as black powder and accessories and reloading supplies) may require a Hazardous Material upcharge of $24. A signature will be required for delivery.
- Shipping and handling charges are subject to change without notice.
- Expedited options require a Physical Address, no P.O. Boxes.
- Estimated delivery times will be shown during the order checkout process.
- Click HERE for more information about items shipped directly from the manufacturer.

## Alaska / Hawaii

| Merchandise Total | Standard (5-10 Business Days) | Express (2-4 Business Days) | 1-Day Delivery (1-2 Business Days) | Ship to Store (15-18 Business Days) |
|---|---|---|---|---|
| $0 - $49.99 | $10.00 | $20.00 | $35.00 | FREE |
| $50.00+ | FREE | $20.00 | $35.00 | FREE |

## US Territories and APO/FPO

| Merchandise Total | Standard (10-14 Business Days) |
|---|---|
| $0 - $49.99 | $10.00 |