**Appendix 1: Arguments Requiring Dismissal of Plaintiffs' Various Wiretap Claims**

|  | Federal (Count I) | California (Count III) | Maryland (Count VI) | Massachusetts (Count VIII) | Missouri (Count X) | Pennsylvania (Count XIII) |
|---|---|---|---|---|---|---|
| Defendants' Party Status Defeats Claim | X | X |  |  | X |  |
| Defendants' Consent Defeats Claim | X | X |  |  | X |  |
| Plaintiffs Fail to Allege Interception of "Contents" Under the Statute | X | X | X | X |  | X |
| Plaintiffs Fail to Allege A Contemporaneous Interception Under the Statute | X | X | X |  |  |  |
| Session Replay Software is not a "Device" Under the Statute |  |  | X | X |  | X |
| Session Replay Software Falls Within the Statute's "Telephone Exception" |  |  | X |  |  |  |
| Session Replay Data is not an "Electronic Communication Under the Statute |  |  |  |  |  | X |
| Plaintiffs' Consent Defeats Claim | X | X | X | X | X | X |