# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074**<br>**2:23-md-03074-MAK** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Upon consideration of Defendants BPS Direct, LLC's and Cabela's LLC's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint [ECF No. 54] and any response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED and Plaintiffs' Consolidated Class Action Complaint [ECF No. 53] is dismissed with prejudice.

**IT IS SO ORDERED:**

_____
Hon. Mark A. Kearney
United States District Judge

DATED: _____, 2023