UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC WIRETAPPING | MDL NO. 3074<br>2:23-md-03074 – MAK |

CERTIFICATION OF GOOD FAITH CONFERRAL
WITH OPPOSING COUNSEL PURSUANT TO THE
POLICIES AND PROCEDURES OF HON. MARK A. KEARNEY

I, Jennifer McLoone, of full age, hereby certify and state as follows:

1. I am a partner in the law firm of Shook Hardy & Bacon, L.L.P., attorneys for Defendants BPS Direct, LLC and Cabela's, LLC ("Defendants"). I submit this certification pursuant to Judge Mark A. Kearney's Policies and Procedures § II.B, in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint pursuant to Federal Rule 12(b)(1) and 12(b)(6).

2. Plaintiffs' Consolidated Class Action Complaint ("Complaint") (ECF No. 53) contains the same state and federal claims as prior complaints filed in individual actions prior to the June 12, 2023 JPML Order consolidating those actions and transferring them to this Court (ECF No. 1). In each of the individual actions, counsel for the parties met and conferred regarding the legal and factual sufficiency of the claims asserted against Defendants—the same claims that are asserted in the Complaint.

3. On or about July 6 and July 20, 2023, I met and conferred with Plaintiffs' liaison counsel to prepare and file a Joint Status Report and a Rule 26(f) report. As the parties understood the legal claims would be the same as those asserted in individual actions, counsel discussed the legal and factual sufficiency of the claims asserted against Defendants and Defendants' intention

to file a Federal Rule 12(b) motion to dismiss the Plaintiffs' Complaint. This was also discussed with the Court during the Rule 16 conference held on July 25, 2023.

4. On September 5, 2023, I emailed Plaintiffs' liaison counsel to reiterate prior discussions and confirm that Defendants would be filing a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), including notice that the substantive arguments in support of Defendants' Motion had been briefed in the prior individual actions and discussed with counsel in advance of the filing.

5. On September 5, 2023, Plaintiffs' liaison counsel responded by email indicating that Plaintiffs understood the forthcoming filing of Defendants' Motion to Dismiss and that Plaintiffs intend to oppose Defendants' Motion to Dismiss and assert that the Complaint states cognizable claims against Defendants.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 5, 2023         By:   */s/ Jennifer McLoone*
                                       Jennifer McLoone