# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## NOTICE OF COMPLIANCE AND CERTIFICATE OF SERVICE

Undersigned counsel hereby gives notice that counsel has complied with the requirements of this Court's Order and certifies that a copy of this Court's Order (ECF No. 59) was served on Plaintiff counsel in the Irvin v. BPS Direct LLC/Cabela's LLC matter via email on October 10, 2023. Counsel has confirmed receipt.

**Date:** October 12, 2023

Respectfully submitted:

By: */s/ Jennifer A. McLoone*
Erin (Loucks) Leffler (PA ID No. 204507)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594
E-Mail: eleffler@shb.com

Jennifer A. McLoone (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131-4332
T: (305) 358-5171 | F: (305) 358-7470
E-Mail: jmcloone@shb.com

*Counsel for Defendants*