**In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping Litigation, No. 2:23-md-03074 (E.D. Pa.)**
**Bi-Monthly Time Summary**
**Date Range: Inception - September 30, 2023**

| | Fact Investigation | PSC Calls & Meetings | Litigation Strategy & Analysis | Court Appearances | Pleadings | Dispositive & Class Certification Motions | Other Written Motions | Discovery | Doc Review | Depositions | Experts | Settlement | Trial | Appeal | Misc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Firm: Lynch Carpenter, LLP** | | | | | | | | | | | | | | | |
| G. Lynch (Atty) | | | 2.5 | 1 | 11.6 | 0.8 | 11 | | | | | | | | |
| N. Colella (Atty) | | 1 | 12 | 18.5 | 29.9 | 37 | 8.6 | 17.9 | | | | | | | 0.5 |
| J. Etzel (Atty) | | | | | 3 | | | | | | | | | | |
| P. Donathen (Atty) | | | 0.2 | | 10.8 | 15.3 | 14.2 | 0.5 | | | | | | | |
| L. Romani (LC) | | | | | | 2.9 | | | | | | | | | |
| J. Romanishin (Para) | | | | | 0.8 | | | | | | | | | | |
| D. Hart (Para) | | | | | 3.1 | 1.8 | 2.6 | | | | | | | | 1.3 |
| **Firm Total: 208.8** | **0** | **1** | **14.7** | **19.5** | **56.1** | **59.1** | **35.6** | **21** | **0** | **0** | **0** | **0** | **0** | **0** | **1.8** |
| **Firm: Lockridge Grindal Nauen** | | | | | | | | | | | | | | | |
| K. Riebel (Atty) | | | 11 | 24.4 | 2.8 | 0.5 | | 0.4 | | | | | | | |
| K. Baxter-Kauf (Atty) | | 6.4 | 26.1 | 40.9 | 56.4 | 4.9 | 27.9 | 12.3 | | | | | | | 1.3 |
| R. A. Kitze Collins (Atty) | | | | | 21.5 | | | | | | | | | | |
| M. Berg (Atty) | | 2.1 | 0.4 | | 11.3 | 1.8 | 1.9 | | | | | | | | 0.1 |
| L. Ajavon (Atty) | | | | | 2.7 | | 45 | | | | | | | | |
| C. Johnson (Para) | | | 0.7 | 0.2 | | | | 0.4 | | | | | | | |
| A. Raak (Para) | | | | | 0.7 | | 6 | | | | | | | | |
| **Firm Total: 310.1** | **0** | **8.5** | **38.2** | **65.5** | **95.4** | **7.2** | **80.8** | **13.1** | **0** | **0** | **0** | **0** | **0** | **0** | **1.4** |
| **Firm: Marcus & Zelman LLC** | | | | | | | | | | | | | | | |
| A. Marcus (Atty) | 3.7 | 0.6 | 7.6 | | 1.5 | 6.4 | 1.4 | | | | | | | | |
| J. Kanee (Atty) | 0.7 | 3.6 | 11.9 | 22.8 | 23.3 | 28.6 | 5.4 | 30.4 | | | | | | | |
| L. Clifton (Para) | | | 0.4 | | 1 | | 0.3 | 0.8 | | | | | | | |
| **Firm Total: 150.4** | **4.4** | **4.2** | **19.9** | **22.8** | **25.8** | **35** | **7.1** | **31.2** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Firm: Scott+Scott Attorneys at Law LLP** | | | | | | | | | | | | | | | |
| D. Scott (Atty) | | | 0.8 | | | | | | | | | | | | |
| J. Guglielmo (Atty) | 1.3 | | 0.5 | | 11.7 | 17.6 | 0.4 | 1.8 | | | | | | | |
| E. Green Comite (Atty) | | | | | | 0.5 | | 0.5 | | | | | | | |
| C. Alexander (Atty) | 0.7 | | 5.3 | 8.9 | 3.1 | 24.2 | 8.3 | 4.2 | 1.3 | | 3.4 | | | | |
| A. Rusi (Atty) | 3 | | 0.2 | | | | | | | | | | | | |
| E. Binder (Atty) | 2.2 | | 5.9 | | 3.6 | 64.9 | 3.1 | 0.2 | | | | | | | |
| A. West (Para) | | | 8.8 | | 8.4 | 3.4 | 7.1 | | | | | | | | |
| T. Shaler (Para) | 1.2 | | 6.5 | | 7.2 | | | | | | | | | | |
| **Firm Total: 220.2** | **8.4** | **0** | **28** | **8.9** | **34** | **110.6** | **18.9** | **6.7** | **1.3** | **0** | **3.4** | **0** | **0** | **0** | **0** |
| **Firm: Freed Kanner London Millen** | | | | | | | | | | | | | | | |
| J. Jagher (Atty) | | | 1.5 | | 8.8 | | | 1.6 | | | | | | | |
| N. Binns (Atty) | | | | | 1 | | | | | | | | | | |
| D. Millikan (Para) | | | | | 1.5 | | | | | | | | | | |
| **Firm Total: 14.4** | **0** | **0** | **1.5** | **0** | **11.3** | **0** | **0** | **1.6** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

|  | Fact Investigation | PSC Calls & Meetings | Litigation Strategy & Analysis | Court Appearances | Pleadings | Dispositive & Class Certification Motions | Other Written Motions | Discovery | Doc Review | Depositions | Experts | Settlement | Trial | Appeal | Misc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Firm: Zimmerman Reed LLP** | | | | | | | | | | | | | | | |
| B. Gudmundson (Atty) | 0.5 | | 3.3 | | 4.3 | | | | | | | | | | |
| R. Tack (Atty) | 0.9 | | 7.3 | | 51.3 | | | | | | | | | | |
| L. Harms (Para) | 0.2 | | 1.4 | | 5.5 | | | | | | | | | | |
| **Firm Total: 74.7** | **1.6** | **0** | **12** | **0** | **61.1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Firm: Chestnut Cambronne, PA** | | | | | | | | | | | | | | | |
| B. Bleichner (Atty) | | 0.5 | 1 | | | | | | | | | | | | |
| G. K. Luloff (Atty) | | | | | 9.3 | | | | | | | | | | |
| P. Krzeski (Atty) | | | 0.2 | | 12.2 | | | 0.2 | | | | | | | |
| **Firm Total: 23.4** | **0** | **0.5** | **1.2** | **0** | **21.5** | **0** | **0.2** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Firm: Consumer Protection Legal, LLC** | | | | | | | | | | | | | | | |
| C. Flynn, Jr. (Atty) | 5.1 | | 3.5 | | 19.3 | 18.7 | | | | | 3.9 | | | | 2 |
| T. Yiatras (Atty) | 2.6 | 1.2 | 8 | | 41.5 | 2.3 | | 0.3 | | | | | | | 4.6 |
| **Firm Total: 113** | **7.7** | **1.2** | **11.5** | **0** | **60.8** | **21** | **0** | **0.3** | **0** | **0** | **3.9** | **0** | **0** | **0** | **6.6** |
| **Firm: The Finley Firm, P.C.** | | | | | | | | | | | | | | | |
| M. Gibson (Atty) | 1.9 | 4.3 | 50.2 | 2 | 8 | 10.9 | | 0.6 | | | | | | | |
| N. Jackson (Atty) | | | 1.3 | | 11.3 | 1.1 | | | | | | | | | |
| B. Nesbitt (Para) | | | 0.3 | | 0.7 | | | | | | | | | | 0.4 |
| **Firm Total: 93** | **1.9** | **4.3** | **51.8** | **2** | **20** | **12** | **0** | **0.6** | **0** | **0** | **0** | **0** | **0** | **0** | **0.4** |

**In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping Litigation, No. 2:23-md-03074 (E.D. Pa.)**
**Bi-Monthly Expense Summary**
**Date Range: Inception - September 30, 2023**

| Firm | Assessment Fees | Airfare | Ground Transport. | Mileage | Hotel | Meals | Postage | Courier, FedEx, etc. | Photocopy | Transcripts | Court Fees | Deposition Costs | Experts | Investigation Fees | Lexis/Westlaw/ PACER | ADR/ Settlement | Misc. | Firm Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lynch Carpenter, LLP | | $759.80 | $145.35 | | | $88.85 | | $470.00 | | | $804.00 | | | | | | | **$2,268.00** |
| Lockridge Grindal Nauen | | $2,026.00 | $7.98 | | $1,750.56 | $16.71 | $155.44 | | $275.85 | | $225.00 | | | | $720.31 | | | **$5,177.85** |
| Marcus & Zelman LLC | | | | | | | | | | | $487.00 | | | | | | $405.00 | **$892.00** |
| Scott+Scott Attorneys at Law LLP | $3,787.88 | | $345.59 | | | $34.72 | | $483.70 | $4.50 | | $1,052.00 | | | | $1,704.99 | | $458.89 | **$7,872.27** |
| Freed Kanner London Millen | | | | | | | | | | | | | | | $12.70 | | | **$12.70** |
| Zimmerman Reed LLP | | | | | | | $20.88 | | $23.90 | | $750.00 | | | | $749.62 | | | **$1,544.40** |
| Chestnut Cambronne, PA | | | | | | | | | | | | | | | | | | **$0.00** |
| Consumer Protection Legal, LLC | | | | | | | | | | | $804.00 | | | | | | $690.50 | **$1,494.50** |
| The Finley Firm, P.C. | | | | | | | | | | | $150.00 | | | | $1,206.67 | | | **$1,356.67** |
| **Totals:** | **$3,787.88** | **$2,785.80** | **$498.92** | **$0.00** | **$1,750.56** | **$140.28** | **$176.32** | **$953.70** | **$304.25** | **$0.00** | **$4,272.00** | **$0.00** | **$0.00** | **$0.00** | **$4,394.29** | **$0.00** | **$1,554.39** | **$20,618.39** |