IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074 2:23-md-03074-MAK |
|---|---|

## PROPOSED AGENDA FOR STATUS CONFERENCE

The parties, by and through undersigned counsel, having conferred pursuant to Case Management Order No. 1 (Doc. 52 at 9) submit to the Court the following proposed agenda for the telephonic status conference to be held October 23, 2023.

**I.  Proposed Agenda**

The Parties propose the following topics for discussion at the telephonic status conference:

A. Confidentiality Agreement Between the Parties

B. Status of Written Discovery and Document Productions

C. Status of Deposition Discovery

D. Third-Party Discovery

E. Status of the *Irvin* matter, 23-cv-4008

The Parties are also happy to discuss anything else the Court would like or feels would aid the efficient resolution of the matter.

Date: October 19, 2023                By: /s/        *Kate M. Baxter-Kauf*
                                        Kate M. Baxter-Kauf
                                        Karen Hanson Riebel
                                        Maureen Kane Berg
                                        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                        100 Washington Avenue South, Suite 2200
                                        Minneapolis, MN 55401
                                        Tel: (612) 339-6900
                                        kmbaxter-kauf@locklaw.com

khriebel@locklaw.com
mkberg@locklaw.com

Nicholas A. Colella (PA Bar # 332699)
Gary F. Lynch (PA Bar # 56887)
Kelly K. Iverson (PA Bar # 307175)
Jamisen Etzel (PA Bar # 311514)
Elizabeth Pollock-Avery (PA Bar # 314841)
Patrick Donathen (PA Bar # 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
NickC@lcllp.com
Gary@lcllp.com
Kelly@lcllp.com
Jamisen@lcllp.com
Elizabeth@lcllp.com
Patrick@lcllp.com

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington St. Suite 1240
Chicago IL 60602
Tel: (312) 750-1265
katrina@lcllp.com

Joseph H. Kanee
**MARCUS & ZELMAN LLC**
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (786) 369-1122
joseph@marcuszelman.com

Ari H. Marcus (PA Bar # 322283)
**MARCUS & ZELMAN LLC**
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
ari@marcuszelman.com
*Plaintiffs' Co-Lead and Liaison Counsel*

Carey Alexander
**SCOTT & SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue

2

Ste 17th Floor
New York, NY 10169
Tel: (212) 223-6444
calexander@scott-scott.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Tel: (404) 978-6971
mgibson@thefinleyfirm.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street Fourteenth Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

James J. Pizzirusso (Md. Bar No. 20817)
**HAUSFELD LLP**
888 16th Street N.W. Suite 300 Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com
*Plaintiffs' Steering Committee*

By: */s/ Jennifer A. McLoone*
Erin (Loucks) Leffler (PA ID No. 204507)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594
E-Mail:  eleffler@shb.com

Jennifer A. McLoone (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131-4332
T: (305) 358-5171 | F: (305) 358-7470
E-Mail:  jmcloone@shb.com/
*Counsel for Defendants BPS Direct, LLC and Cabela's LLC*

4859-6299-0472, v. 1