# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br><br>E.D. PA ACTION NOS.:<br>2:23-md-03074-MAK<br>2:23-cv-4008-MAK |

### NOTICE OF APPEARANCE OF COUNSEL:  JENNIFER A. McLOONE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendants BPS Direct, LLC and Cabela's, LLC in the above-captioned matter and add my name to the ECF service list for the Master Case file for MDL 3074, Transferred Case No. 1:23-cv-00530-CCC-WIA.

Pursuant to this Court's Order dated October 17, 2023, [ECF No. 61] in the Master Case file for MDL 3074, I hereby confirm that my appearance before the Judicial Panel on Multidistrict Litigation was filed on March 1, 2023 (ECF No. 4), MDL No. 3074, (*see* Notice attached hereto as Ex A).  I also further confirm that my appearance in the transferred action before the U.S. District Court, Middle District of Pennsylvania, Case No. 1:23-cv-00530-CCC, was filed on August 3, 2023 (ECF No. 45), (*see* Notice attached hereto as Ex B)

I hereby acknowledge and agree to my continuing obligations under Section I.J. of the Court's Policies and Procedures, and I further agree to be bound by the Pennsylvania Rules of Professional Conduct and Local Rules of this Court for the duration of the case and all proceedings therein.

Payment of the Clerk of Court's filing fees for special admission to this Court shall be paid as directed by the Clerk.

4856-6354-0616

Respectfully submitted,

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone (FBN 029234)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131-4332
T: 305.358.5171 | F: 305.358.7470
Email: jmcloone@shb.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I, hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone

4856-6354-0616