# EXHIBIT B

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID IRVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S L.L.C. and BPS DIRECT, L.LC.<br><br>Defendants. | Case No. 1:23-cv-00530-CCC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Jennifer A. McLoone** of the law firm of SHOOK, HARDY & BACON L.L.P., previously permitted by the Court to appear *pro hac vice* in this action [ECF No. 27], hereby enters her appearance as counsel of record on behalf of **Defendants Cabela's L.L.C.** and **BPS Direct, L.L.C.** and requests that all future correspondence, docket notices, or other official communications directed or pertaining to Defendants be served upon them at the address listed below.

Dated: August 3, 2023

4895-3375-0389

Respectfully submitted,

By: /s/ *Jennifer A. McLoone*
    Jennifer A. McLoone (FBN 029234)
    Admitted *Pro Hac Vice*
    E-Mail: jmcloone@shb.com
    SHOOK, HARDY & BACON L.L.P.
    Citigroup Center, Suite 3200
    201 South Biscayne Boulevard
    Miami, Florida 33131
    T: 305.358.5171 | F: 305.358.7470

    *Attorneys for Defendants Cabela's*
    *L.L.C. and BPS Direct, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the the CM/ECF system.

    /s/ *Jennifer A. McLoone*
    Jennifer A. McLoone

4895-3375-0389