**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074** <br> **2:23-md-03074-MAK** |

**AFFIDAVIT OF MAVERIC RAY SEARLE IN SUPPORT OF**
**HIS UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, being duly sworn, deposes and states the following:

1.      I, Maveric Ray Searle, am an attorney with the law firm of Shook, Hardy & Bacon L.L.P. in Chicago, Illinois. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent Defendants BPS Direct, LLC and Cabela's LLC in this consolidated action.

2.      I reside in the state of Illinois, and my principal office is located at 111 S. Wacker Dr., Suite 4700, Chicago, IL 60606; telephone number (312) 704-7741; email msearle@shb.com.

3.      I agree to pay the necessary filing fee in conjunction with the filing of the motion to appear Pro Hac Vice.

4.      I am admitted and licensed to practice and in good standing in the following courts:

      a)      State of Illinois (Admitted 2021 – IL Bar No. 6336731)

      b)      Northern District of Illinois (Admitted 2021)

      c)      Southern District of Illinois (Admitted 2021)

      d)      Western District of Wisconsin (Admitted 2023)

5.      I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6.      I (i) have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and (ii) agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

7.      If granted pro hac vice status, I will in good faith continue to advise Erin Leffler, counsel who has moved for the *pro hac vice* admission of the current status of the case for which pro hac vice status has been granted and of all material developments therein.

8.      I have confirmed with Erin Leffler, counsel who has moved for the *pro hac vice* admission, that she will continue to honor her obligations and responsibilities in this Action, including to be present in all instances listed in this Court's Policies and Procedures.

9.      I have been involved with the development to-date of Defendants' defense in this matter, including by taking a primary role in the drafting of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 54) and Defendants' Reply Brief in Support of Their Motion to Dismiss (ECF No. 57).

10.     I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.


October 24, 2023                    By:_____
                                       Maveric Ray Searle
                                       Shook, Hardy & Bacon L.L.P.
                                       111 S. Wacker Dr., Suite 4700
                                       Chicago, IL 60606
                                       Phone: (312) 704-7700
                                       Fax: (312) 558-1195
                                       msearle@shb.com

                                       ***Counsel for Defendants***