## **CERTIFICATE OF SERVICE**

I, hereby certify that on October 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

*/s/ Erin L. Leffler*
Erin (Loucks) Leffler
