## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074 2:23-md-03074-MAK |
|---|---|

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, it is hereby

ORDERED that the motion for admission of Maveric Ray Searle to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is granted.

**IT IS SO ORDERED:**

_____
Hon. Mark A. Kearney
United States District Judge

DATED: _____, 2023