# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| MARTEL | September Term 2021 |
|---|---|
| VS | No. 00084 |
| NOURYON CHEMICALS LLC | |

## *NOTICE OF TRIAL ATTACHMENT*

The above captioned matter has been specially listed for trial on Monday, November 06, 2023, at 09:00 AM, in COURTROOM 443, Philadelphia, PA 19107.

Jury selection shall take place on Thursday, November 02nd, 2023.

The following attorneys are attached[1] for trial until the conclusion of this trial:

KATELYN A ROMEO,ESQ.

NICOLAI A SCHURKO,ESQ.

CHANDA A MILLER,ESQ.

ERIN L LEFFLER,ESQ.

THOMAS J SULLIVAN ESQ,ESQ.

ALLISON M BROWN,ESQ.

JOSEPH H BLUM,ESQ.

WALTER ELLSWORTH CUBBERLY,ESQ.

MARGRET  LECOCKE,ESQ.

JOHN T BOUNDAS,ESQ.

ROSEMARY  PINTO,ESQ.

CHRISTINA MARIA ASSI,ESQ.

LEE  POPKIN,ESQ.

KELLY  CURTIS,ESQ.

REID M BOLTON,ESQ.

MARGARET C BUCKLEY,ESQ.

ERIC A PAINE,ESQ.

ANTHONY  MARTINEZ,ESQ.

CLLTL-Martel Vs Nouryon Chemicals Llc

21090008400345

Trial is expected to last 15 days

   If an Interpreter is required, Counsel is responsible for ensuring that a Court Certified Interpreter has been ordered.  Failure to obtain and Interpreter for time of trial may result in the imposition of appropriate sanctions.

   If you have any questions concerning this matter, please call 215-686-5100.

                ABBE FLETMAN
                Judicial Team Leader

---

[1] This attachment order is subject to any earlier issued attachment order for any jury trial pursuant to the Five County Trial Scheduling Agreement.