# EXHIBIT B

| | |
|---|---|
| **From:** | CAD-Division AH |
| **To:** | McLoone, Jennifer (SHB); Izquierdo, Belkys (SHB); Gieser, Caroline M. (SHB); DPR@REINERSLAW.COM; GFRANCA@shb.com; asaper@hinshawlaw.com; cwoods@hinshawlaw.com; docketchicago@hinshawlaw.com; efile@REINERSLAW.COM; eservice@REINERSLAW.COM; Scott, Jason (SHB); Ross, Kimberly (SHB); Rachelle.Bogdan@Dinsmore.com; service@sd-adr.com; Thaddeus.Harrell@Dinsmore.com |
| **Cc:** | CAD-Division AH |
| **Subject:** | SERVICE OF COURT DOCUMENT CASE No.: 502019CA014693XXXXMB |
| **Date:** | Monday, October 23, 2023 11:20:06 AM |
| **Importance:** | High |

**EXTERNAL**

- This email is from the Fifteenth Judicial Circuit
- Case Number: 50-2019-CA-014693-XXXX-MB
- CENTRAL SECURITY GROUP NATIONWIDE INC V CORE HOME SECURITY LLC
- Division AH, 561-355-1507

**Additional comments:**

Good afternoon,
You are set #1 for week #4 of this Trial Docket. Please submit your Joint Pre- Trial Stipulation and Joint Jury Instructions in word format to the Division AH email by 5pm next Friday, November 3, 2023.
Thank you, Missy

In accordance with the 15th Judicial Circuit's Administrative Order 2.310-4/13, please ensure that primary and secondary email addresses are registered with Court Administration at https://e-services.co.palm-beach.fl.us/scheduling/.

For a better translation of this document, contact CAD-ADA@pbcgov.org.

JUDGE REID P SCOTT II
CIVIL DIVISION "AH"
(7) WEEK TRIAL DOCKET

OCTOBER 23, 2023 TO DECEMBER 15, 2023

CALENDAR CALL:  OCTOBER 6, 2023
TRIAL DATES BEGIN ON TUESDAY
YOU ARE ON CALL FOR THE ENTIRE SEVEN WEEKS OF THE TRIAL DOCKET

NOTE: Please advise the Court by email if your phone number and/or amount of days are Incorrect.
(Email Address:  CAD-DivisionAH@pbcgov.org)

**JURY TRIALS:**

| CASE NO. | # OF DAYS | CASE STYLE | AVAILABLE DATES | COUNSEL – PLAINTIFF | COUNSEL - DEFENDANT |
|---|---|---|---|---|---|
| PREMISES LIABILITY RESIDENTIAL 22CA011924 | 4 DAYS | NEWTON, GREG V THE WESTHAMPTON CLUB INC | WEEKS 6,7 | VANNATTA, R TIMOTHY  3056616000 | LURVEY, JOHN A   5616978088<br>BLAKER, JEFFREY A  5616978088<br>SAJDERA, CHRISTOPHER ANTHONY  9548690980 |
| AUTO NEGLIGENCE 22CA003003 | 5 DAYS | PELTZMAN, JORDYN V BUTLER, JAMES | WEEKS 5,6,7 | BATISTA-CAGAN, STEFANO  3054505823 | GLADSTEIN, HARLAN M   9543703129<br>GONZALEZ, IRA J    3054285057 |
| PREMISES LIABILITY COMMERCIAL 21CA006057 | 6-7 DAYS | NEJAD FOTOUHI, MEHRNOSH M V TARGET CORPORATION | WEEKS 6,7 | MILLS, JOHN S 9045980034<br>DOBRINSKY, MANUEL L  3053712692<br>ELTRINGHAM, DAVID  5613380420<br>ADAMS, MARNI 5618265200 | VAGNONE, MIKE   PRO SE<br>DERREVERE, JON D   5616843222 |

| | | | | | |
|---|---|---|---|---|---|
| PREMISES LIABILITY COMMERCIAL 19CA001296 | 3-4 DAYS | ALEXANDER, EMILY ANNE V SIMON PROPERTY GROUP INC | WEEKS 5,6 | SLAMA, JOSEPH J 9547638181<br>MOONEY III, JOHN D  9544492671 | MCNEILL, JARRET   3053744400<br>LARA, YESENIA F   3053744400<br>EAGLE, ASHLEY R  3053744400<br>LLOPIS, NICOLE    3057444400<br>STRASIUS, ANTHONY P  3053744400 |
| PREMISES LIABILITY COMMERCIAL 22CA003020 | 4-5 DAYS | RYAN, GABRIELLE V MISSION VIEJO REALTY LIMITED PARTNERSHIP | WEEKS 3,4 | CHEHOURI, DANIEL ALEXANDER  9548077758<br>COHEN, BENJAMIN   9546949570 | NACHTSHEIM, NICOLE 5613839244 |
| PREMISES LIABILITY COMMERCIAL 21CA002239 | 5 DAYS | TAYLOR, SHAWN V AUTOMATED PETROLEUM ENERGY COMPANY INCORPORATED | WEEKS 5,7 | GORDON, TREVOR M   561.799.5070<br>JUNO PETROLEUM INC, (PRO SE)<br>AUTOMATE PETROLEUM ENEGY COMPANY INCORPORATED, (PRO SE) | ASHRAFUZZAMAN, NGN (PRO SE) AUTOMATED PETROLEUM ENERGY COMPANY INCORPORATED(PRO SE) |
| DISCRIMINATION EMPLOYMENT/ OTHER 18CA015993 | 4-5 DAYS | HERRING, JOHN V PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS | WEEKS 2, 4,6 | HERRING, JOHN   (PRO SE) | PELINO ESQ, ANDREW M  5613046587<br>CURE, ANAILI 5613556337 |
| PREMISES LIABILITY COMMERCIAL 22CA000802 | 4-5 DAYS | GALPERN, JEFFREY V PROCACCIANTI COMPANIES INC | WEEKS 6,7 | LEEDER, THOMAS H   9547342382 | SUAREZ, TANYA I   3053744400 |
| INSURANCE CLAIM 22CA008472 | 3-4 DAYS | ROSENBLUM, RICHARD V TOWER HILL SIGNATURE INSURANCE COMPANY | WEEKS 3,4,5,6,7, | PADILLA, JOSEPH   5617573335 | CAPLAN, SHANNON   9542569288<br>MONTEVERDE, MICHAEL A    9542569288 |

| | | | | |
|---|---|---|---|---|
| PREMISES LIABILITY COMMERCIAL 22CA012280 | 4 DAYS | SOBRINO, ENRIQUE V WINN DIXIE STORES INC | WEEKS 5,6,7 | RHOADS, J FREDDY   5612536397 | STUDLEY, RACHEL 5616893800 O'DONNELL, MOLLY   5616893800 |
| INSURANCE CLAIM 22CA012349 | 4 DAYS | BERGMAN, HOWARD V SAFE HARBOR INSURANCE COMPANY | WEEKS ALL | BROCK, CAMERON   5619148717 | KOLTNOW ESQ, AMY L   964.4924010 |
| INSURANCE CLAIM 22CA012571 | 4 DAYS | STRIPLING, CASEY J V SECURITY FIRST INSURANCE COMPANY | WEEKS 5, 6, 7 | LEWIS JR, BRIAN K   9547131212 STRICOFF, BRIANNE L   9547131212 | CARPENTER, JASMINE   3862021075 |
| CONTRACT & DEBT 21CA012355 | 4 DAYS | GRAY, EULA V CITIZENS PROPERTY INSURANCE CORPORATION | WEEKS 5,6,7 | NARCHET, CHRISTOPHER A 7864300882<br><br>GIASI, MELISSA A  8138161880 BARRANTES, NICOLLE B  7864300882 DOMINGUEZ, GUSTAVO  7864300882 ELCHORBAGY, HALAH M   7864300882 | MAIONE-WALSH, LAUREN  5616248233 |
| AUTO NEGLIGENCE 20CA000698 | 5 DAYS | RAMIREZ, VERONICA V PALM BEACH COUNTY | WEEKS 3,7 | BERMAN, RUSSELL F    5618265200 | LINDSEY, SARA C    5613556337 BROWN, TONI-ANN S   5613556557 |
| INSURANCE CLAIM 21CA001696 | 4 DAYS | BOCA GOLF & TENNIS TOWNHOMES HOA INC V AMERICAN COASTAL INSURANCE COMPANY | WEEK 4 | WEATHERSTONE, CHAD   7542318107 GIANCARLO, JOSHUA   7542318107 | MISHALI, JEREMY M  954.370.9970 WANK, JEFFREY M |
| AUTO NEGLIGENCE 22CA001168 | 4-5 DAYS | SOMERMAN, DANIEL A V LINDSEY, COREY L | WEEKS 5,7 | EBERST, JONATHON T   7722254900 | XANTTOPOULOS, WILLIAM   3057749966 SCHINELLA, LAURA E   8132213114 |

| Case Type | Duration | Case | Weeks | Plaintiff Counsel | Defense Counsel |
|---|---|---|---|---|---|
| CONTRACT & DEBT 22CA003808 | 3-4 DAYS | CHANG, ANDREA J V UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY` | WEEKS 5,6,7 | GOTTLIEB, MATTHEW 5614240032 | POTEREK, DANIEL J 8336588594 PENA, YENISLEIVYS  9549583319 |
| PREMISES LIABILITY RESIDENTIAL 17CA012218 | 5 DAYS | LAZO, KEYRA V CRESTHAVEN ASHLEY MASTER ASSOCIATION INC | WEEKS 1,4,5,7 | LAZO, KEYRA (PRO SE) | REITER ESQ, JACK R  3054166880 BAUMANN, GARY F  9544404611 PEDOWITZ, MICHAEL J  9544404611 |
| INSURANCE CLAIM 21CA009895 | 4 DAYS | VALDES, MAYDELIS V CITIZENS PROPERTY INSURANCE CORPORATION | WEEKS 6,7 | MOISES, JESUS DAVID  3053063055EXT,200 PEREZ, MEILY 3053063055 COHEN, JOSHUA L | MAIONE-WALSH, LAUREN  5616248233 |
| INSURANCE CLAIM 22CA007969 | 3-4 DAYS | SIMONS, GEOFFREY V UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY | WEEKS 5,6,7 | MOISES,JESUS DAVID 3053063055EXT,200 GROSS, DANIEL R  3053063055 DELGADO, CHASTITY G  3053063055 MORA, ERIKA 3053063055 | CAMPBELL, LINDA L   9549583319 WILLIAMS, NICK  833.658.8594 |
| PREMISES LIABILITY RESIDENTIAL 21CA002382 | 3-4 DAYS | COOPER, JEANNETTE V MEDALIAN, JAY | WEEKS ALL | KORN, BENJAMIN  3057445076 | BATES, THOMAS M   5618024124 |
| INSURANCE CLAIM 22CA003201 | 3-4 DAYS | SHWARTZ, LENNY V CITIZENS PROPERTY INSURANCE CORPORATION | WEEKS 6,7 | GILBERT, GEOFFREY   5619620402 | FICHTENBAUM, LYNDSAY 561.368.9200 |
| INSURANCE CLAIM 22CA011430 | 3-4 DAYS | GUARIN, JULIAN V CITIZENS PROPERTY INSURANCE CORPORATION | WEEK 6 | RODRIGUEZ, JONATHAN D  9548661111 | MEYER, JACQUELINE P  5613839252 |
| CONTRACT & DEBT 19CA004314 | 2 DAYS | POLO WEST GOLF CLUB INC V KOCKER, ANDREW | WEEKS 6,7 | CARTAYA, CARMEN Y  954.765.1001 | CHAPMAN, AVERY S   5617535996 ZINK, LARRY A |

| | | | | | |
|---|---|---|---|---|---|
| TRUST LITIGATION 20CA012079 | 3 DAYS | CUNNINGHAM, FRAN V SPIROCH, MINDY | WEEK 7 | PAPARELLA, RAYMOND   5614751430 | MASON, KEVIN P  5615441011 |
| OTHER NEGLIGENCE 22CA008169 | 4-5 DAYS | COONER, JASON R V ORIGINS BEHAVIORAL HEALTHCARE OF FLORIDA LLC | WEEK 7 | MOSS, ANDREW M   3053586200 | CONSTANTINE APRN, SUSAN A (PRO SE) MANGROLA MD, RAJENDRASHINH P (PRO SE) ORIGINS BEHAVIORAL HEALTHCARE LLC, (PRO SE) |
| CONTRACT & DEBT 19CA014693 | 3 DAYS | CENTRAL SECURITY GROUP NATIONWIDE INC V CORE HOME SECURITY LLC | WEEKS 3,4 | MCLOONE, JENNIFER   3053585171 FRANCA, GABRIEL M   3053585171 SCOTT, JASON   816.474.6550 | REINER II, DAVID P  3056708282 MCLOONE, JENNIFER 3053585171 FRANCA, GABRIEL M  3053585171 |
| CONTRACT & DEBT 21CA001733 | TBD PTC 10.4 | VERNO, ANTHONY V CITIZENS PROPERTY INSURANCE COMPANY | TBD PTC 10.4 | VERNO, ANTHONY (PRO SE) | GIBERT, RACHEL   7864251045 |
| CONTRACT & DEBT 19CA009422 | 4-5 DAYS | COLUMNA INC V DRAKE, MICHELLE | WEEKS ALL | TOPKIN, SANFORD ROY   9544228422 | THOMAS, MATTHEW M  7725698155 |
| PREMISES LIABILITY COMMERCIAL 20CA014027 | 3-4 DAYS | GAL-ON, SIVAN V CAGELCO PROPERTIES LLC | WEEKS 6,7 | CALNAN, WILLIAM E   3055035095 | LAWLOR, PATRICK W   5613723500 |
| INSURANCE CLAIM 22CA006687 | 3-4 DAYS | TORDJMAN, ISAAC V UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY | WEEKS 6,7 | DE LA SALAS, GABRIEL M  9544778385 | BROOKS, TIFFANI-RUTH   9336588594 MATTHEWS-ALLISON, JHENELL   9549583319 |
| MEDICAL MALPRACTICE 22CA006855 | 5-6 DAYS | UKEAGU, REBECCA V FLORIDA PHYSICIANS PROTECTIVE PARTNERSHIP LLC | WEEKS 6,7 | UKEAGU, REBECCA (PRO SE) 3054433843 UKEAGU, UCHE (PRO SE)  3054433843 | BOLIN, ANDREW S  8138480600 |
| INSURANCE CLAIM 22CA005505 | 3-4 DAYS | MONTFLEURY, MICHELINE V UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY | WEEKS 3,4 | RUBINSTEIN, MOSHE  9549870040 MAZZITELLI, MELISSA    9548280333 | POTEREK, DANIEL J   8336588594 WEST, SHANNON   9549583319 |
| INSURANCE CLAIM 22CA010993 | | ALBRECHT, PAWEL V CITIZENS PROPERTY INSURANCE CORPORATION | WEEKS ALL | ROSENBAUM, DANIEL  8447767364 BOUHADANA, JULIA  8447767364 | PALMER, HUNTER   9543580444 |

| | | | | | |
|---|---|---|---|---|---|
| INSURANCE CLAIM 22CA012145 | 4 DAYS | LIGHT, MARCIA L V KIN INTERINSURANCE NETWORK | WEEKS ALL | WILKES, LEVI   5618929735 | HART, ASHLEY N   7274982244 |
| INSURANCE CLAIM 23CA000071 | 4 DAYS | BISONO, RAFAEL D V MONARCH NATIONAL INSURANCE COMPANY | WEEKS ALL | IBRAHIM, MARK   3058747337 | WHITE, KRISTEN L   9542465406<br>KNOX, CORTNEY   5614240032 |
| MEDICAL MALPRACTICE 22CA002419 | 4 DAYS | RUBIEN, ESTHER V FIFFE DDS, ELISEO | WEEKS ALL | SCHULER, RICHARD D  5616898180<br>HAYDEN, ERIC   5616898180 | RUSSELL, BRIAN   5616846600 |

END OF JURY TRIAL DOCKET

NON-JURY TRIALS:

| CASE NO. | # OF DAYS | CASE STYLE | AVAILABLE WEEKS | COUNSEL – PLAINTIFF | COUNSEL - DEFENDANT |
|---|---|---|---|---|---|
| HR FORECLOSURE 18CA013901 | 1 DAY | HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSHE ALT A SECURITIES MORTGAGE LOAN TRUST SERIES 2006 AR2 V RYAN, KATHLEEN A | WEEK 7 | BELMUDEZ ESQ, SEAN<br>MCLAIN, ROBERT A   5617131400 | KRAVIT, CORY B   5619228536<br>SKOLNIK, ADAM I   5612651120 |
| OTHER NEGLIGENCE 20CA007706 | 3 DAYS | CORTEZI, NICK V NEXGEN SURVEYING LLC | WEEKS ALL | MAURO, C CORY   5612021992 | SHENDELL, GARY R   5612412323<br>FIELDS, PRESTON J   5617999910 |
| CONDOMINIUM 22CA006437 | 2-3 DAYS | PARKVIEW ESTATES AT BOCA HOMEOWNERS ASSOC INC V STERN, SARAH | WEEKS 6,7 | SHIR, GUY M   5619995999 | SCHNER, LARRY E   5619944499<br>MUSCHEL, BENJAMIN R   9545254100 |
| CONTRACT & DEBT 22CA002571 | 2 DAYS | BRUNO, ELIZABETH V ALL WOOD CABINETRY LLC | WEEKS 6,7 | BRADFORD IV, LYMAN S   5615717555 | LEE, ERIC   5619819988 |
| | | | | | |