UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING LITIGATION | MDL NO. 3074<br>2:23-md-03074-MAK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SESSION DATA |
|---|---|

The Court, having considered the papers and arguments submitted in support of, and in opposition to, Plaintiffs' Motion to Compel Production of Session Data, hereby **ORDERS** as follows:

Plaintiffs' Motion to Compel is **GRANTED**, and Defendants' objections to Plaintiffs' Request for Production of Documents No. 7 are **OVERRULED**.

_____ Alternative No. 1: Defendants shall produce all documents responsive to Plaintiffs' Request for Production of Documents No. 7 within fourteen (14) days of this Order.

_____ Alternative No. 2: Within fourteen (14) days of this Order, Defendants shall provide Plaintiffs access to data in Defendants' possession, custody, and control that is available through Quantum Metric, Inc.'s platform. Such access shall be sufficient for Plaintiffs to read and export, but not write or otherwise modify, data in Defendants' possession, custody, and control that is available through Quantum Metric, Inc.'s platform.


Dated: _____, 2023                 _____
                                          HONORABLE MARK A. KEARNEY
                                          UNITED STATES DISTRICT JUDGE