IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |
|---|---|

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of each such filing to all CM/ECF Participants, which includes all parties to the litigation. The document is available for viewing and downloading from the ECF system.

By: */s/ Jennifer A. McLoone*
Jennifer A. McLoone (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131-4332
T: (305) 358-5171 | F: (305) 358-7470
E-Mail: jmcloone@shb.com

Erin (Loucks) Leffler (PA ID No. 204507)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
T: (215) 278-2555 | F: (215) 278-2594
E-Mail: eleffler@shb.com