# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

### DECLARATION OF DOUG CADMUS

Pursuant to 28 U.S.C. § 1746, I, Doug Cadmus, declare as follows:

1.      My name is Doug Cadmus. I am employed by Bass Pro Shops, as Senior Manager, E-Commerce. I have held that position since 2021.

2.      I am aware of the litigation relating to the use of session replay technology on basspro.com and cabelas.com. I am familiar with the use of that technology on both websites and I have assisted counsel with responding to discovery in this litigation.

3.      Quantum Metric has been the session replay vendor providing session replay services for both basspro.com and cabelas.com since 2019.

4.      Quantum Metric has provided Bass Pro/Cabela's with JavaScript code that we have placed on basspro.com and cabelas.com through Adobe Tag Manager.

5.      When that script runs, it transmits data points regarding a website visit and sends those data points to Quantum Metric. It transmits mouse movements, mouse clicks, URLs of pages and images viewed, and certain keystrokes.

6.      With regard to keystrokes and information input into form fields, such information is either transmitted and encrypted (hashed); or blocked (not transmitted at all). In either case, it is never visible to Quantum Metric because encryption occurs before the information reaches Quantum Metric.

7.     Information that is transmitted in encrypted form includes personal identifying information input by an individual into the websites – for example, account log-in information. This information is only visible to certain individuals at Bass Pro/Cabela's who have a private decryption key and has never been visible to Quantum Metric.

8.     IP addresses are partially encrypted – the third and fourth octets are encrypted when they reach Quantum Metric.  IP addresses cannot be hashed on the client's side because of its network transport function.  IP address is the only encrypted identifier that can be decrypted by Quantum Metric, with a private decryption key and an appropriate justification.

9.     Session replay is configured on basspro.com and cabelas.com to block certain information (masked information).  This includes payment information such as credit card number, expiration date, and CVV.  This information is masked and not transmitted to Quantum Metric or Bass Pro/Cabela's.

10.    During a period of time, search terms inputted by website visitors were also blocked, but were changed to be instead encrypted.  In either instance, search terms have never been visible to Quantum Metric.

11.    An individual with access to Quantum Metric's session replay system has access to session replays and analytics data that has been generated from the session data.

12.    In the ordinary course of business, session replays are accessible to Bass Pro/Cabela's on Quantum Metric's system for a rolling 30 days.  If a session is viewed during that 30-day period (a "session of interest"), it is preserved indefinitely.

13.    I have been advised that in connection with this litigation Quantum Metric has halted any auto-deletion of replays.

14.     As of October 31, 2023, there were over 353 million replays available within Quantum Metric's system.

15.     In addition to the replays, session metadata exists for sessions back to 2019. This session metadata is a summary of certain fielded data.

16.     Unless an individual authenticates themselves on the websites at the time of their visit, it is not possible for Bass Pro/Cabela's to identify a particular website visitor. If an individual authenticates on the website, Bass Pro/Cabela's can search for session data associated with that individual using the email address that was used at the time of the website visit.

17.     Bass Pro/Cabela's cannot reliably search for a session in the first instance based on IP address because the third and fourth octets are encrypted.

18.     For purposes of this litigation, Named Plaintiffs provided eleven email addresses and I used those email addresses to search for session data associated therewith.

19.     This required me to manually create a search command for each email address.

20.     In summary, I found session metadata for two Plaintiffs – Cornell and Moore. I found one replay for one Plaintiff - Plaintiff Moore. I did not find any sessions attributable to Plaintiffs Montecalvo, Durham, Hernandez, Calvert, Tucker, or Vonbergen.

21.     The full results of my search are set forth below:

| | |
|---|---|
| Plaintiff Durham | |
| ███████ @gmail.com | No sessions 2019 to October 31, 2023 |
| Plaintiff Moore | |
| ███████ @gmail.com | 70 sessions between 2019 to October 31, 2023<br><br>One replay – October 31, 2023 |
| Plaintiff Hernandez | |
| ███████ @gmail.com | No sessions 2019 to October 31, 2023 |
| Plaintiff Montecalvo | |
| ███████ @me.com | No sessions 2019 to October 31, 2023 |
| Plaintiff Calvert | |
| ███████ @yahoo.com | No sessions 2019 to October 31, 2023 |
| Plaintiff Cornell | |
| ███████ @gmail.com | 2 sessions on July 1, 2021<br><br>No replays |
| Plaintiff Tucker | |
| ███████ @sullair.com<br>(1980 to May 2008) | Predates QM reporting capability |
| ███████ @yahoo.com<br>(not sure of start date, but stopped using the email address on or before 2008) | Predates QM reporting capability |
| ███████ @fabickcat.com<br>(May 2008 to present) | No sessions 2019 to October 31, 2023 |
| ███████ @gmail.com<br>(approximately 2008 to present) | No sessions 2019 to October 31, 2023 |

| Plaintiff Vonbergen | |
|---|---|
| ██████████@icloud.com | No sessions 2019 to October 31, 2023 |
| ██████████@icloud.com | No sessions 2019 to October 31, 2023 |
| ██████████@gmail.com | No sessions 2019 to October 31, 2023 |

22.     In order to provide the session metadata that I found, I manually exported that data on a per-email basis.

23.     Attached to this Declaration and Bates Numbered BPS_0001235 is an Excel containing the session metadata associated with Plaintiff Heather Cornell.

24.     Attached to this Declaration and Bates Numbered BPS_0001236 is an Excel containing the session metadata associated with Plaintiff Gregory Moore.

25.     Bass Pro/Cabela's cannot export session replays; however, it is my understanding that session replays can be exported from Quantum Metric's system as .JSON files.  The JSON files are text-based and are not a visual representation of the session.

26.     I am not aware of, and have not been able to locate, other session data (metadata or session replays) associated with the Named Plaintiffs based on the email addresses that have been provided.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated this 1ø th day of November, 2023.

By: _____
DOUG CADMUS

BPS_0001235

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| id | active | conversion_count | conversion_value | cart_value | engaged | avg_server_response_ms | chars_typed | clicks | mouse_hundredth_miles | scroll_hundredth_miles | device_type | screen_width | screen_height | browser_name | browser_major_ver | os_type | country_iso_code |
| 1,326,364,451.00 | FALSE | 0 | 0 | | TRUE | 69 | 0 | 0 | 0 | 0 | Mobile | 412 | 869 | Chrome | 103 | Android | US |
| 1326256440 | FALSE | 1 | 4555 | | TRUE | 43.8 | 223 | 77 | 2455 | 4378 | Mobile | 412 | 869 | Chrome | 103 | Android | US |

| 18 region | 19 referrer_domain | 20 referrer_path | 21 abn_segment | 22 landing_path | 23 landing_domain | 24 email | 25 user_id | 26 firstname | 27 lastname | 28 login | 29 device_name | 30 hit_count | 31 loyalty_count | 32 ip | 33 total_engaged_seconds | 34 last_updated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pennsylvania | www.offers.com | / | | /shop/en/star-spangled-summer-sale | www.basspro.com | | 599481647 | | | | general Mobile Phone | 1 | 2 | 72.23.***.*** | 60 | 1656714266 |
| Pennsylvania | www.google.com | / | | /shop/en/bass-pro-shops-mesh-back-eclipse-canopy-chair | www.basspro.com | | 599481647 | | | | general Mobile Phone | 10 | 1 | 72.23.***.*** | 690 | 1656709010 |

| 35 | | 36 | 37 |
|---|---|---|---|
| event_id_list | | ts | events |
| 244\|1,-30\|1,-45\|1,324\|1,405\|1,120\|1,121\|1,122\|1,-25\|1,27\|1,86\|1,98\|1,334\|1,336\|1,337\|1,344\|1,345\|1,346\|1,389\|1,390\|1,391\|1,393\|1,395\| | | 1656714209 | 244\|1,-30\|1,-45 |
| 244\|9,367\|2,24\|2,405\|9,120\|1,121\|1,122\|1,-25\|1,27\|1,86\|1,98\|10,334\|1,336\|1,337\|1,344\|1,345\|1,389\|1,390\|1,391\|1,393\|1,395\|1,25\|1,112\|2,-1\|1,21\|3,-14\|1,-27\|1,1\|1,2\|5,41\|6,36\|2,13\|2,-45\|3,324\|1,4\|2,49\|3,3\|2,87\|2,279\|2,67\|1,5\|1,62\|1,119\|1,6\|1,96\|6,409\|1,28\|1,257\|1,7\|1,32\|1,346\|1,93\|1,101\| | | 1656707046 | 244\|9,367\|2,24 |

| 38 | 39 | 40 | 41 | 42 |
|---|---|---|---|---|
| session_length | browser_name_version | full_referrer | full_landing | num_events |
| 57 | Chrome 103 | www.offers.com / | www.basspro.com /shop/en/star-spangled-summer-sale | 23 |
| 1964 | Chrome 103 | www.google.com / | www.basspro.com /shop/en/bass-pro-shops-mesh-back-eclipse-canopy-chair | 107 |

BPS_0001236

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| id | active | conversion_count | conversion_value | cart_value | engaged | avg_server_response_ms | chars_typed | clicks | mouse_hundredth_miles | scroll_hundredth_miles | device_type | screen_width | screen_height | browser_name | browser_major_ver | os_type | country_iso_code | region |
| 4503602044443870 | FALSE | 0 | 0 | | TRUE | 68.5 | 39 | 5 | 929 | 312 | Desktop | 1536 | 864 | Edge | 118 | Windows | US | California |
| 1260887076 | FALSE | 1 | 5859 | | TRUE | 44.4 | 17 | 72 | 6398 | 3350 | Desktop | 1707 | 960 | Chrome | 100 | Windows | US | Unknown |
| 803091078 | FALSE | 0 | 0 | | TRUE | 120.875 | 4 | 28 | 1627 | 2554 | Desktop | 1707 | 960 | Chrome | 89 | Windows | US | California |
| 792411409 | FALSE | 0 | 0 | | TRUE | 106.25 | 8 | 6 | 933 | 1892 | Desktop | 1707 | 960 | Chrome | 89 | Windows | US | California |
| 792339793 | FALSE | 0 | 0 | | TRUE | 106.6666667 | 7 | 10 | 932 | 523 | Desktop | 1707 | 960 | Chrome | 89 | Windows | US | California |
| 792279089 | FALSE | 0 | 0 | | TRUE | 215 | 0 | 5 | 207 | 24 | Desktop | 1707 | 960 | Chrome | 89 | Windows | US | California |
| 792212471 | FALSE | 1 | 4024 | | TRUE | 30.75 | 30 | 26 | 1681 | 1044 | Desktop | 1707 | 960 | Chrome | 89 | Windows | US | California |
| 547858106 | FALSE | 0 | 0 | 1597 | TRUE | 42 | 0 | 14 | 407 | 30 | Desktop | 1707 | 960 | Chrome | 86 | Windows | US | California |
| 547781910 | FALSE | 0 | 0 | | TRUE | 44 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 86 | Windows | US | California |
| 520597164 | FALSE | 0 | 0 | 1597 | TRUE | 62 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 518486410 | FALSE | 0 | 0 | | TRUE | 75 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 518420256 | FALSE | 0 | 0 | | TRUE | 75 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 506986278 | FALSE | 0 | 0 | 1597 | TRUE | 45 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 506199089 | FALSE | 0 | 0 | 1597 | TRUE | 45 | 0 | 0 | 571 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 506136609 | FALSE | 0 | 0 | 1597 | TRUE | 45 | 0 | 11 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 500718565 | FALSE | 0 | 0 | | TRUE | 54 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 500419082 | FALSE | 0 | 0 | 1597 | TRUE | 54 | 0 | 0 | 528 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 500209200 | FALSE | 0 | 0 | 1597 | TRUE | 59.66666667 | 0 | 12 | 504 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 494742970 | FALSE | 0 | 0 | | TRUE | 83 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 494077254 | FALSE | 0 | 0 | | TRUE | 83 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 493453540 | FALSE | 0 | 0 | | TRUE | 60 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 491445631 | FALSE | 0 | 0 | 6696 | TRUE | 238 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 490976949 | FALSE | 0 | 0 | 6696 | TRUE | 352 | 24 | 18 | 1002 | 8087 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 490949646 | FALSE | 0 | 0 | | TRUE | 35 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 490533044 | FALSE | 0 | 0 | 6696 | TRUE | 52 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 490481199 | FALSE | 0 | 0 | 6696 | TRUE | 52 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 490261635 | FALSE | 0 | 0 | 6696 | TRUE | 52 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 489608134 | FALSE | 0 | 0 | 6696 | TRUE | 56 | 0 | 0 | 1042 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 489151543 | FALSE | 0 | 0 | 9195 | TRUE | 47 | 0 | 0 | 0 | 511 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 488972354 | FALSE | 0 | 0 | 9195 | TRUE | 307.85 | 24 | 12 | 503 | 502 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 488801511 | FALSE | 0 | 0 | | TRUE | 54 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487941673 | FALSE | 0 | 0 | 8196 | TRUE | 70 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487924424 | FALSE | 0 | 0 | | TRUE | 144 | 6 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487904917 | FALSE | 0 | 0 | | TRUE | 70 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487890396 | FALSE | 0 | 0 | 8196 | TRUE | 60 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487841848 | FALSE | 0 | 0 | 8196 | TRUE | 60 | 0 | 0 | 539 | 501 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487568334 | FALSE | 0 | 0 | 17191 | TRUE | 102.6 | 0 | 6 | 501 | 1504 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487533164 | FALSE | 0 | 0 | 15194 | TRUE | 239 | 0 | 0 | 503 | 510 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 487492280 | FALSE | 0 | 0 | 15194 | TRUE | 112.25 | 0 | 24 | 1522 | 3010 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 486679726 | FALSE | 0 | 0 | 14691 | TRUE | 56 | 0 | 0 | 0 | 502 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 486174845 | FALSE | 0 | 0 | 14691 | TRUE | 56 | 0 | 0 | 1021 | 4512 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 485081637 | FALSE | 0 | 0 | 16690 | TRUE | 212.49 | 24 | 240 | 11825 | 35822 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 484779966 | FALSE | 0 | 0 | | TRUE | 44 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 484734221 | FALSE | 0 | 0 | 6493 | TRUE | 74 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 482642635 | FALSE | 0 | 0 | | TRUE | 74 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 482481929 | FALSE | 0 | 0 | | TRUE | 834 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 482406690 | FALSE | 0 | 0 | | TRUE | 834 | 0 | 0 | 0 | 1004 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 482314648 | FALSE | 0 | 0 | | TRUE | 834 | 0 | 6 | 529 | 1006 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 482179978 | FALSE | 0 | 0 | 6493 | TRUE | 441 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 481365790 | FALSE | 0 | 0 | 6493 | TRUE | 48 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 481309126 | FALSE | 0 | 0 | 6493 | TRUE | 48 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 480952098 | FALSE | 0 | 0 | 6493 | TRUE | 48 | 0 | 0 | 501 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 480725853 | FALSE | 0 | 0 | 6493 | TRUE | 48 | 0 | 0 | 505 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 480274999 | FALSE | 0 | 0 | 6493 | TRUE | 48 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 480147309 | FALSE | 0 | 0 | 6493 | TRUE | 114.3333333 | 0 | 0 | 502 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 479932085 | FALSE | 0 | 0 | 6493 | TRUE | 128 | 0 | 0 | 0 | 1332 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 479878004 | FALSE | 0 | 0 | 6493 | TRUE | 256.75 | 0 | 6 | 1105 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 479808827 | FALSE | 0 | 0 | 8490 | TRUE | 79.75 | 0 | 6 | 1516 | 3156 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 479619267 | FALSE | 0 | 0 | 8490 | TRUE | 79.25 | 6 | 24 | 2128 | 1504 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 479382064 | FALSE | 0 | 0 | 8992 | TRUE | 207.1818182 | 12 | 78 | 6102 | 1016 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 478024453 | FALSE | 0 | 0 | | TRUE | 121.25 | 0 | 18 | 502 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | California |
| 478022750 | FALSE | 0 | 0 | 2281 | TRUE | 70 | 0 | 0 | 0 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 476145503 | FALSE | 0 | 0 | 798 | TRUE | 154 | 0 | 0 | 0 | 0 | Mobile | 360 | 740 | Chrome | 85 | Android | US | Unknown |
| 476121076 | FALSE | 0 | 0 | 798 | TRUE | 154 | 0 | 0 | 0 | 0 | Mobile | 360 | 740 | Chrome | 85 | Android | US | California |
| 476082356 | FALSE | 1 | 2281 | | TRUE | 129.6428571 | 72 | 54 | 5602 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 476024511 | FALSE | 0 | 0 | 798 | TRUE | 355.3333333 | 0 | 30 | 508 | 3506 | Mobile | 360 | 740 | Chrome | 85 | Android | US | California |
| 475621633 | FALSE | 0 | 0 | 1413 | TRUE | 9221.333333 | 12 | 24 | 525 | 3796 | Mobile | 360 | 740 | Chrome | 85 | Android | US | California |
| 471215933 | FALSE | 0 | 0 | | TRUE | 200 | 0 | 0 | 521 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 470135946 | FALSE | 0 | 0 | | TRUE | 331.25 | 0 | 12 | 507 | 501 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |
| 470074504 | FALSE | 1 | 1414 | | TRUE | 93.66666667 | 36 | 48 | 3030 | 0 | Desktop | 1707 | 960 | Chrome | 85 | Windows | US | Unknown |

| 19 referrer_domain | 20 referrer_path | 21 abn_segment | 22 landing_path | 23 landing_domain | 24 | 25 email_user_id | 26 firstname | 27 lastname | 28 login | 29 device_name | 30 hit_count | 31 loyalty_count | 32 ip | 33 total_engaged_seconds | 34 last_updated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | /shop/en | www.basspro.com | | 903440277 | | | | Windows Desktop | 2 | 1 | 208.127.***.*** | 94 | 1698771423 |
| | | | /shop/en | www.basspro.com | | 496790093 | | | | Windows Desktop | 10 | 6 | 165.1.***.*** | 691 | 1650653572 |
| | | | /shop/en/shop-all-cabelas | www.basspro.com | | 328098940 | | | | Windows Desktop | 11 | 10 | 161.209.***.*** | 87 | 1616185318 |
| | | | /shop/en/bass-pro-shops-embroidered-logo-mesh-cap | www.basspro.com | | 328098940 | | | | Windows Desktop | 5 | 9 | 161.209.***.*** | 84 | 1615491497 |
| | | | /shop/SearchDisplay | www.basspro.com | | 328098940 | | | | Windows Desktop | 3 | 9 | 161.209.***.*** | 285 | 1615488326 |
| | | | /shop/en/SearchDisplay | www.basspro.com | | 328098940 | | | | Windows Desktop | 2 | 7 | 161.209.***.*** | 17 | 1615483004 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 328098940 | | | | Windows Desktop | 4 | 6 | 68.111.***.*** | 290 | 1615480653 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 3 | 65 | 161.209.***.*** | 11 | 1603898361 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 64 | 161.209.***.*** | 0 | 1603894947 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 63 | 161.209.***.*** | 5 | 1602256686 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 62 | 161.209.***.*** | 0 | 1602107098 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 62 | 161.209.***.*** | 0 | 1602105572 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 60 | 161.209.***.*** | 0 | 1601396022 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 59 | 161.209.***.*** | 241 | 1601340136 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 59 | 161.209.***.*** | 170 | 1601336424 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 57 | 161.209.***.*** | 0 | 1600999713 |
| | | | /shop/OrderShippingBillingView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 56 | 161.209.***.*** | 303 | 1600992104 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 3 | 55 | 161.209.***.*** | 60 | 1600788807 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 54 | 161.209.***.*** | 0 | 1600646932 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 53 | 161.209.***.*** | 61 | 1600619500 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 52 | 161.209.***.*** | 61 | 1600567683 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 51 | 161.209.***.*** | 0 | 1600447191 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 46 | 50 | 161.209.***.*** | 189 | 1600401403 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 50 | 161.209.***.*** | 0 | 1600399194 |
| | | | /shop/en/bass-pro-shops-felt-pheasant-patch-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 48 | 161.209.***.*** | 0 | 1600382986 |
| | | | /shop/en/bass-pro-shops-felt-pheasant-patch-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 48 | 161.209.***.*** | 0 | 1600379153 |
| | | | /shop/en/bass-pro-shops-felt-pheasant-patch-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 46 | 161.209.***.*** | 0 | 1600368550 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 3 | 45 | 68.111.***.*** | 273 | 1600312644 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 44 | 161.209.***.*** | 0 | 1600291480 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 21 | 43 | 161.209.***.*** | 184 | 1600281617 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 42 | 161.209.***.*** | 0 | 1600273875 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 41 | 161.209.***.*** | 0 | 1600206212 |
| | | | /shop/en/bass-pro-shops-flaming-bill-mesh-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 3 | 41 | 161.209.***.*** | 29 | 1600205358 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 41 | 161.209.***.*** | 0 | 1600205609 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 40 | 161.209.***.*** | 0 | 1600203516 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 37 | 161.209.***.*** | 0 | 1600200996 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 5 | 36 | 161.209.***.*** | 77 | 1600186800 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 36 | 161.209.***.*** | 0 | 1600186412 |
| | | | /shop/en/carhartt-original-fit-flannel-plaid-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 4 | 35 | 161.209.***.*** | 263 | 1600182714 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 33 | 161.209.***.*** | 0 | 1600120798 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 32 | 161.209.***.*** | 116 | 1600097610 |
| | | | /shop/en/SearchDisplay | www.basspro.com | | 163721140 | | | | Windows Desktop | 100 | 31 | 161.209.***.*** | 2557 | 1600032582 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 30 | 161.209.***.*** | 62 | 1600014592 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 30 | 68.111.***.*** | 0 | 1600013119 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 28 | 161.209.***.*** | 172 | 1599868635 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 27 | 161.209.***.*** | 0 | 1599858232 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 26 | 161.209.***.*** | 0 | 1599854471 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 25 | 161.209.***.*** | 190 | 1599849866 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 2 | 24 | 161.209.***.*** | 0 | 1599843069 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 23 | 161.209.***.*** | 0 | 1599779652 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 22 | 161.209.***.*** | 0 | 1599776889 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 21 | 161.209.***.*** | 0 | 1599764301 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 20 | 161.209.***.*** | 0 | 1599755255 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 19 | 161.209.***.*** | 0 | 1599705198 |
| | | | /shop/en | www.basspro.com | | 163721140 | | | | Windows Desktop | 4 | 18 | 161.209.***.*** | 351 | 1599700399 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 2 | 17 | 161.209.***.*** | 69 | 1599691740 |
| | | | /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | www.basspro.com | | 163721140 | | | | Windows Desktop | 4 | 17 | 161.209.***.*** | 274 | 1599689225 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 163721140 | | | | Windows Desktop | 5 | 16 | 161.209.***.*** | 372 | 1599686237 |
| | | | /shop/en | www.basspro.com | | 163721140 | | | | Windows Desktop | 9 | 14 | 161.209.***.*** | 589 | 1599678620 |
| | | | /shop/en/mens-clothing/ | www.basspro.com | | 163721140 | | | | Windows Desktop | 22 | 13 | 161.209.***.*** | 1422 | 1599672124 |
| | | | /shop/en/mens-hats-caps | www.basspro.com | | 163721140 | | | | Windows Desktop | 12 | 12 | 161.209.***.*** | 141 | 1599577427 |
| | | | /shop/OrderShippingBillingConfirmationView | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 12 | 68.111.***.*** | 0 | 1599577137 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 199037380 | | | | general Mobile Phone | 1 | 5 | 68.111.***.*** | 0 | 1599456200 |
| | | | /shop/AjaxOrderItemDisplayView | www.basspro.com | | 199037380 | | | | general Mobile Phone | 1 | 4 | 172.58.***.*** | 0 | 1599453864 |
| | | | /shop/en/bass-pro-shops-mesh-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 14 | 10 | 68.111.***.*** | 655 | 1599453681 |
| | | | /shop/en | www.basspro.com | | 199037380 | | | | general Mobile Phone | 4 | 3 | 172.58.***.*** | 423 | 1599448445 |
| | | | /shop/en | www.basspro.com | | 199037380 | | | | general Mobile Phone | 8 | 2 | 172.58.***.*** | 252 | 1599431215 |
| | | | /shop/en/83284 | www.basspro.com | | 163721140 | | | | Windows Desktop | 1 | 9 | 68.111.***.*** | 310 | 1599145604 |
| www.google.com | / | | /shop/en | www.basspro.com | | 163721140 | | | | Windows Desktop | 4 | 8 | 161.209.***.*** | 114 | 1599066580 |
| | | | /shop/en/bass-pro-shops-mesh-cap | www.basspro.com | | 163721140 | | | | Windows Desktop | 9 | 7 | 161.209.***.*** | 568 | 1599064240 |

35
event_id_list
21|1,41|2,120|2,121|2,122|2,244|2,509|1,510|1,27|1,86|1,98|2,334|1,336|1,337|1,344|1,345|1,390|1,391|1,393|1,492|1,-25|1,360|1,63|1,441|1,49
244|10,405|10,120|1,121|1,122|1,-25|1,27|1,86|3,98|10,334|1,336|1,337|1,344|1,345|1,389|1,391|1,393|1,395|1,-1|1,367|2,24|2,114|1,113|1,-18|2,370|6,25|10,112|10,-27|2,1|2,-14|2,4,3|49|4,2,4,3,87|3,279|2,67|1,5|1,119|1,62|1,6|1,41|1,409|1,96|1,28|1,257|1,7|1,32|1,346|1,93|1,10
244|11,368|8,45|14,120|1,121|1,122|1,27|1,86|1,98|11,334|1,336|1,337|1,344|1,345|1,346|1,-25|1,19|7,-18|1,367|3,24|3,339|2,114|1,113|1,-30
24|2,244|5,367|2,27|1,86|1,98|5,334|1,336|1,337|1,344|1,345|1,346|1,-25|1,368|3,45|2,120|1,121|1,122|1,242|1,339|1,-30
-39|1,45|13,120|1,121|1,122|1,19|2,27|1,86|1,98|3,244|3,334|1,336|1,337|1,344|1,345|1,346|1,368|2,-25|1,367|1,24|1,114|1,113|
244|2,368|1,19|1,45|12,120|1,121|1,122|1,27|1,86|1,98|2,334|1,336|1,337|1,344|1,345|1,346|1,-25|1,367|1,24|1,113|1,112|
244|4,1|1,27|1,86|1,98|4,334|1,336|1,337|1,344|1,345|1,-25|1,4|2,49|2,45|7,120|1,121|1,122|1,3|2,279|2,67|1,119|1,5|1,6|1,62|1,96|2,-7|2,87|1,41|3,28|1,257|1,93|1,101|1,7|1,32|1,346|1,-3|3,-18
24|3,244|3,12|1,27|1,86|1,98|3,334|1,336|1,337|1,-25|1,112|2,120|1,121|1,122|1,114|1,113|
244|1,240|1,120|1,121|1,122|1,12|1,27|1,86|1,98|1,336|1,337|1,-25|
244|1,240|1,120|1,121|1,122|1,12|1,27|1,98|1,334|1,336|1,337|1,-25|1,330|
24|1,244|1,10|1,12|1,27|1,98|1,334|1,336|1,337|1,-25|1,330|
244|1,240|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,334|1,336|1,337|1,-25|1,330|
24|1,244|1,12|1,27|1,98|1,-25|1
24|1,244|1,12|1,27|1,98|1,-25|1
244|1,24|1,-18|1,112|1,120|1,121|1,122|1,12|1,27|1,98|1,-25|1,-5|1,262|1,-1|1,261|
244|1,1|1,12|1,27|1,98|1,-25|1
244|1,1|1,12|1,27|1,98|1,-25|1
244|3,24|2,112|3,-18|1,120|1,121|1,122|1,12|1,27|1,98|3,-25|1,114|1,113|1,25|1,49|1,279|5,45|4,1|
24|1,244|1,10|1,12|1,27|1,98|1,-25|1,112|1
244|1,24|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
244|1,24|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
244|1,1|1,10|1,12|1,27|1,98|1,-25|1
244|46,45|21,120|1,121|1,122|1,13|1,10|1,12|1,27|1,98|45,-25|1,1|2,242|2,24|6,114|1,113|1,25|3,-30|4,19|34,112|3,-27|
244|1,24|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
24|1,244|1,12|1,27|1,98|1,-25|1
24|1,244|1,12|1,27|1,98|1,-25|1
24|1,244|1,12|1,27|1,98|1,-25|1
244|3,1|1,12|1,27|1,98|3,-25|1,112|3,49|1,24|2,120|1,121|1,122|
244|1,1|1,12|1,27|1,98|1,-25|1
24|4,244|21,12|1,27|1,98|21,-25|1,112|3,45|15,120|1,121|1,122|1,1|3,-10|1,19|14,242|1,-7|1,25|1,-30|2,41|
24|1,244|1,10|1,12|1,27|1,98|1,-25|1
24|1,244|1,10|1,12|1,27|1,98|1
244|3,24|1,45|18,120|1,121|1,122|1,10|1,12|1,27|1,98|3,-25|1,-9|1,19|
244|1,24|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
24|1,1|1,10|1,12|1,27|1,98|1,-25|1
244|1,1|1,10|1,12|1,27|1,98|1,-25|1,112|3,49|1,-18|
244|5,1|3,10|2,12|1,27|1,98|5,-25|1,24|2,120|1,121|1,122|1,114|1,113|1,25|2,112|3,-9|1,45|5,49|
244|1,1|1,10|1,12|1,27|1,98|1,-25|1
24|4,24|2,120|1,121|1,122|1,10|2,12|1,27|1,98|4,-25|1,112|7,-7|1,114|1,113|1,25|2,45|5,1|2,49|
244|1,1|1,10|1,12|1,27|1,98|1,-25|1
244|1,1|1,10|1,12|1,27|1,98|1,-25|1,112|1,49|1
244|100,19|16,45|53,120|1,121|1,122|1,10|1,12|1,27|1,98|98,-25|1,24|31,-30|12,-7|13,114|1,113|1,25|15,112|39,-18|4,1|21,-5|2,49|10,21|3,4,3,279|20,62|3,3,3,119|1,5|3,6|3,-2|4,242|2,-9|2,-27|2,246|1,8|1,41
244|24|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
24|1,244|1,10|1,12|1,27|1,98|1,-25|
244|1,244|1,120|1,121|1,122|1,10|1,12|1,27|1,98|1,-25|
24|1,244|1,10|1,12|1,27|1,98|1,-25|
24|1,244|1,10|1,12|1,27|1,98|1,-25|
24|1,244|1,10|1,12|1,27|1,98|1,-18|1
24|2,244|2,10|2,12|1,27|1,98|2,-25|1,-9|1,120|1,121|1,122|
24|1,244|1,10|1,12|1,27|1,98|
24|1,244|1,10|1,12|1,27|1,98|1
24|1,244|1,10|1,12|1,27|1,98|1,-25|1
24|1,244|1,10|1,12|1,27|1,98|1,-25|1
244|4,10|2,12|1,21|1,27|1,98|4,-25|1,112|2,-2|1,45|4,120|1,121|1,122|1,1|2,-10|1,24|
24|1,244|2,10|2,12|1,27|1,98|2,-25|1,120|1,121|1,122|1,21|
24|4,24|3,-10|1,112|4,120|1,121|1,122|1,10|1,12|1,27|1,98|4,-25|1,-2|1,45|4,1|1,49|
244|5,1|3,10|3,12|1,27|1,98|5,-25|1,24|2,120|1,121|1,122|1,13|-10|1,24|2,19|3,242|1,-7|1,114|1,113|1,25|1,49|
244|22,324|1,120|1,121|1,122|1,10|2,12|1,27|1,98|22,-25|1,19|2,45|16,242|1,174|2,-2|1,23|2,323|2,24|11,114|1,113|1,25|6,112|15,-30|1,1|4,49|1,21
23|1,244|4,323|1,10|3,12|1,27|3,98|4,-25|1,24|3,-18|1,45|8,120|1,121|1,122|1,271|1,272|1,114|1,113|
244|1,257|1,10|1,12|1,27|1,32|1,98|1,-25|1
24|1,-30|1,45|4,120|1,121|1,122|1,11,10|1,12|1,27|1,98|1,-25|
24|1,-30|1,45|4,120|1,121|1,122|1,11,12|1,27|1,98|1,-25|
244|14,24|4,-18|1,45|16,120|1,121|1,122|1,10|1,12|1,27|1,98|14,-25|1,114|1,113|1,25|6,112|8,23|3,323|3,-5|1,1|3,49|4,4,3,279|15,3|3,67|2,119|1,5|1,6|1,62|1,96|2,-7|1,87|1,41|2,28|1,257|1,93|1,101|1,7|1,32
244|4,-30|1,10|1,121|1,122|1,12|1,27|1,98|8,45|5,112|-25|1,24|1,114|1,47
244|8,120|1,121|1,122|1,10|1,12|1,27|1,98|8,-25|1,19|2,-18|1,-1|3,45|16,-30|1,-27|1,-7|5,24|1,114|1,113|1,25|2,112|2,1|1,4|2,49|2,279|8,3|2,67|1,119
244|1,24|1,120|1,121|1,122|1,12|1,27|1,98|1,-25|1,114|1,113|
244|4,15|17,120|1,121|1,122|1,10|1,12|1,21|1,27|1,98|4,-25|1,19|1,24|2,114|1,113|
244|9,24|3,45|23,120|1,121|1,122|1,10|1,12|1,27|1,98|9,-25|1,114|1,113|1,112|2,-2|1,-9|1,1|1,9|1,49|3,4,2,279|10,3|3,67|1,119|1,5|1,6|1,62|1,96|2,87|1,-7|1,28|1,-22|1,19|1,257|1,93|1,101|1,7|1,32

36        37
ts        events
1698770431 21|1,41|2,120|1,2,
1650651677 244|10,405|10,12
1616185161 244|11,368|8,45|
1615489833 24|2,244|5,367|2
1615486172 -39|1,45|13,120|
1615482980 244|2,368|1,19|1
1615479609 244|4,1|1,27|1,86
1603898334 24|3,244|3,12|1,2
1603894347 244|1,240|1,120|1
1602256681 244|1,240|1,120|1
1602107097 24|1,244|1,10|1,1
1602103778 244|1,240|1,120|1
1602136021 24|1,244|1,12|1,2
1602133757 24|1,244|1,12|1,2
1601334428 244|1,24|1,-18|1,
1600999713 244|1,1|1,12|1,2
1600987304 244|1,1|1,12|1,2
1600977897 244|3,24|2,112|3
1600646929 24|1,244|1,10|1,
1600618840 244|1,24|1,120|1
1600567261 244|1,24|1,120|1
1600447065 244|1,1|1,10|1,1
1600400618 244|46,45|21,120
1600398859 244|1,24|1,120|1
1600379911 24|1,244|1,12|1,
1600377380 24|1,244|1,12|1,
1600366755 24|1,244|1,12|1,
1600311042 244|3,1|1,12|1,2
1600289688 244|1,1|1,12|1,2
1600280514 24|4,244|21,12|1
1600272101 244|1,24|1,120|1
1600206212 24|1,244|1,10|1,
1600205318 244|3,24|1,45|18
1600204296 244|1,24|1,120|1
1600203511 244|1,1|1,10|1,1
1600200966 244|1,1|1,10|1,1
1600186483 244|5,1|3,10|2,1
1600184603 244|1,1|1,10|1,1
1600182373 244|4,24|2,120|1
1600120794 244|1,1|1,10|1,
1600097490 244|1,1|1,10|1,1
1600027210 244|100,19|16,45
1600013987 244|1,24|1,120|1
1600011927 24|1,244|1,10|1,
1599866491 244|1,24|1,120|1
1599858227 24|1,244|1,10|1,
1599854371 24|1,244|1,10|1,
1599849632 24|1,244|1,10|1,
1599842699 24|2,244|2,10|2,
1599779652 24|1,244|1,10|1,
1599776889 24|1,244|1,10|1,
1599760485 24|1,244|1,10|1,
1599749464 24|1,244|1,10|1,
1599704044 24|1,244|1,10|1,
1599698929 244|4,10|2,12|1,
1599689700 24|1,244|2,10|2,
1599687032 24|4,24|3,-10|1,
1599683689 244|5,1|3,10|3,1
1599674563 244|9,10|2,12|1,
1599663094 244|22,324|1,120
1599577097 23|1,244|4,323|1
1599577014 244|1,257|1,10|1
1599455960 24|1,-30|1,45|4,
1599453615 244|1,-30|1,45|4,
1599450844 244|14,24|4,-18|
1599447641 244|4,-30|1,10|1
1599430561 244|8,120|1,121|
1599143633 244|1,24|1,120|1
1599066421 244|4,45|17,120|
1599063335 244|9,24|3,45|23

| 38 | 39 | 40 | 41 | 42 |
| --- | --- | --- | --- | --- |
| session_length | browser_name_version | full_referrer | full_landing | num_events |
| 992 | Edge 118 | | www.basspro.com /shop/en | 31 |
| 1895 | Chrome 100 | | www.basspro.com /shop/en | 121 |
| 157 | Chrome 89 | | www.basspro.com /shop/en/shop-all-cabelas | 77 |
| 1664 | Chrome 89 | | www.basspro.com /shop/en/bass-pro-shops-embroidered-logo-mesh-cap | 34 |
| 2154 | Chrome 89 | | www.basspro.com /shop/en/SearchDisplay | 40 |
| 24 | Chrome 89 | | www.basspro.com /shop/en/SearchDisplay | 34 |
| 1044 | Chrome 89 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 59 |
| 27 | Chrome 86 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 23 |
| 600 | Chrome 86 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 12 |
| 5 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 13 |
| 1 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 11 |
| 1794 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 14 |
| 1 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 6 |
| 3079 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 6 |
| 1996 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 14 |
| 0 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 6 |
| 4800 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 6 |
| 910 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 32 |
| 3 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 8 |
| 660 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 422 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 126 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 7 |
| 785 | Chrome 85 | | www.basspro.com /shop/en/OrderShippingBillingView | 178 |
| 335 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 3075 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-felt-pheasant-patch-cap | 6 |
| 1773 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-felt-pheasant-patch-cap | 6 |
| 1795 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-felt-pheasant-patch-cap | 6 |
| 1602 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 19 |
| 1792 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 6 |
| 1103 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 95 |
| 1774 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 9 |
| 0 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 6 |
| 40 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-flaming-bill-mesh-cap | 35 |
| 1313 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 5 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 7 |
| 30 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 12 |
| 317 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 37 |
| 1809 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 7 |
| 341 | Chrome 85 | | www.basspro.com /shop/en/carhartt-original-fit-flannel-plaid-long-sleeve-shirt-for-mer | 39 |
| 4 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 7 |
| 120 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 9 |
| 5372 | Chrome 85 | | www.basspro.com /shop/en/SearchDisplay | 476 |
| 605 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 1192 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 8 |
| 2144 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 10 |
| 5 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 7 |
| 100 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 7 |
| 234 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel | 8 |
| 370 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 15 |
| 0 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 6 |
| 0 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 6 |
| 3816 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 7 |
| 5791 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 7 |
| 1154 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 7 |
| 1470 | Chrome 85 | | www.basspro.com /shop/en | 28 |
| 2040 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 14 |
| 2193 | Chrome 85 | | www.basspro.com /shop/en/redhead-ultimate-flannel-long-sleeve-shirt-for-mer | 30 |
| 2548 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 32 |
| 4057 | Chrome 85 | | www.basspro.com /shop/en | 61 |
| 9030 | Chrome 85 | | www.basspro.com /shop/en/mens-clothing/ | 120 |
| 330 | Chrome 85 | | www.basspro.com /shop/en/mens-hats-caps | 37 |
| 123 | Chrome 85 | | www.basspro.com /shop/en/OrderShippingBillingConfirmationView | 8 |
| 240 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 15 |
| 249 | Chrome 85 | | www.basspro.com /shop/en/AjaxOrderItemDisplayView | 14 |
| 2837 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-mesh-cap | 125 |
| 804 | Chrome 85 | | www.basspro.com /shop/en | 26 |
| 654 | Chrome 85 | | www.basspro.com /shop/en | 78 |
| 1971 | Chrome 85 | | www.basspro.com /shop/en/83284 | 11 |
| 159 | Chrome 85 | www.google.com / | www.basspro.com /shop/en | 38 |
| 905 | Chrome 85 | | www.basspro.com /shop/en/bass-pro-shops-mesh-cap | 94 |