**CERTIFICATE OF SERVICE**

    I, hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of each such filing to all CM/ECF participants.

                                          */s/ Erin L. Leffler*
                                          Erin (Loucks) Leffler