**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074**<br>**2:23-md-03074-MAK** |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, it is hereby

ORDERED that the motion for admission of Jason K. Ward to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is granted.

**IT IS SO ORDERED:**

_____
Hon. Mark A. Kearney
United States District Judge