# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

MDL Plaintiffs, by and through undersigned counsel, hereby submit the following in response to the Court's Order of November 17, 2023 (ECF No. 81). Pursuant to that Order, "the parties shall confer consistent with our July 26, 2023 Order (ECF No. 52) so as to allow Plaintiffs to show cause in a Memorandum not exceeding five pages filed no later than November 28, 2023 as to why we should not appoint the Honorable Thomas I. Vanaskie (Ret.) formerly of our Court of Appeals and Chief Judge for the United States District Court for the Middle District of Pennsylvania as a Rule 53 discovery master to allow the parties direct and repeated expedited study of their discovery concerns consistent with Judge Vanaskie's protocols and recommended Orders subject to timely objection within one business day of Judge Vanaskie's recommended Order." ECF No. 81 at 2.

MDL Plaintiffs do not oppose the appointment of Judge Vanaskie as a Rule 53 discovery master to allow the parties direct and repeated expedited study of their discovery concerns consistent with Judge Vanaskie's protocols and recommended Orders subject to timely objection within one business day of Judge Vanaskie's recommended Order. Plaintiffs have conferred with counsel for Defendants and for the *Irvin* case and understand that no other party opposes the appointment of Judge Vanaskie either if that is the Court's preference.

Date: <u>November 28, 2023</u>　　　　By: */s/ Kate M. Baxter-Kauf*
　　　　　　　　　　　　　　　　　Kate M. Baxter-Kauf
　　　　　　　　　　　　　　　　　Karen Hanson Riebel
　　　　　　　　　　　　　　　　　Maureen Kane Berg
　　　　　　　　　　　　　　　　　LOCKRIDGE GRINDAL NAUEN P.L.L.P.
　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 2200
　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　Tel: (612) 339-6900
　　　　　　　　　　　　　　　　　kmbaxter-kauf@locklaw.com
　　　　　　　　　　　　　　　　　khriebel@locklaw.com
　　　　　　　　　　　　　　　　　mkberg@locklaw.com

　　　　　　　　　　　　　　　　　Nicholas A. Colella (PA Bar # 332699)
　　　　　　　　　　　　　　　　　Gary F. Lynch (PA Bar # 56887)
　　　　　　　　　　　　　　　　　Kelly K. Iverson (PA Bar # 307175)
　　　　　　　　　　　　　　　　　Jamisen Etzel (PA Bar # 311514)
　　　　　　　　　　　　　　　　　Elizabeth Pollock-Avery (PA Bar # 314841)
　　　　　　　　　　　　　　　　　Patrick Donathen (PA Bar # 330416)
　　　　　　　　　　　　　　　　　LYNCH CARPENTER, LLP
　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　Tel: (412) 322-9243
　　　　　　　　　　　　　　　　　NickC@lcllp.com
　　　　　　　　　　　　　　　　　Gary@lcllp.com
　　　　　　　　　　　　　　　　　Kelly@lcllp.com
　　　　　　　　　　　　　　　　　Jamisen@lcllp.com
　　　　　　　　　　　　　　　　　Elizabeth@lcllp.com
　　　　　　　　　　　　　　　　　Patrick@lcllp.com

　　　　　　　　　　　　　　　　　Katrina Carroll
　　　　　　　　　　　　　　　　　LYNCH CARPENTER, LLP
　　　　　　　　　　　　　　　　　111 W. Washington St. Suite 1240
　　　　　　　　　　　　　　　　　Chicago IL 60602
　　　　　　　　　　　　　　　　　Tel: (312) 750-1265
　　　　　　　　　　　　　　　　　katrina@lcllp.com

　　　　　　　　　　　　　　　　　Joseph H. Kanee
　　　　　　　　　　　　　　　　　MARCUS & ZELMAN LLC
　　　　　　　　　　　　　　　　　701 Brickell Avenue, Suite 1550
　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　Tel: (786) 369-1122
　　　　　　　　　　　　　　　　　joseph@marcuszelman.com

　　　　　　　　　　　　　　　　　Ari H. Marcus (PA Bar # 322283)
　　　　　　　　　　　　　　　　　MARCUS & ZELMAN LLC
　　　　　　　　　　　　　　　　　701 Cookman Avenue, Suite 300

Asbury Park, NJ 07712
Tel: (732) 695-3282
ari@marcuszelman.com
*Plaintiffs' Co-Lead and Liaison Counsel*

Carey Alexander
SCOTT & SCOTT, ATTORNEYS AT LAW, LLP
230 Park Avenue
Ste 17th Floor
New York, NY 10169
Tel: (212) 223-6444
calexander@scott-scott.com

MaryBeth V. Gibson
THE FINLEY FIRM, P.C.
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Tel: (404) 978-6971
mgibson@thefinleyfirm.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street Fourteenth Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

James J. Pizzirusso (Md. Bar No. 20817)
HAUSFELD LLP
888 16th Street N.W. Suite 300 Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com
*Plaintiffs' Steering Committee*