**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |
| DAVID IRVIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABELA'S L.L.C. and BPS DIRECT, L.L.C.,<br><br>Defendants. | Case No. 2:23-cv-04008-MAK |

## STATEMENT OF JOINDER

Plaintiff David Irvin respectfully joins the position of the MDL Plaintiffs.

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
Steven A. Schwartz (PA I.D. No. 50579)
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
E-Mail: sas@chimicles.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn**
Philip L. Fraietta*
1330 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jarisohn@bursor.com
pfraietta@bursor.com

1

**BURSOR & FISHER, P.A.**
Christopher R. Reilly*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
creilly@bursor.com

*Pro Hac Vice*
**Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.

*/s/ Steven A. Schwartz*
Steven A. Schwartz
