# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING | MDL NO. 3074<br>2:23-md-03074-MAK |

## PLAINTIFFS' NOTICE OF AGREEMENT ON PRIVATE MEDIATOR

MDL Plaintiffs, by and through undersigned counsel, hereby submit the following in response to Case Management Order No. 1 (ECF No. 52), entered July 26, 2023. Pursuant to that Order, "Counsel shall meaningfully meet and confer to allow Plaintiffs to file a Notice by no later than November 30, 2023 as to an agreement on the identity of a private mediator to begin meaningful mediation sessions no later than April 22, 2024 and continue until lead counsel and the mediator certifies no likelihood of success in future mediation." ECF No. 52 at 6 ¶ 11.

MDL Plaintiffs report that the parties have agreed on the selection of Hon. Diane M. Welsh (Ret.) as a private mediator for the litigation, and will work with her to begin meaningful mediation sessions on or before April 22, 2024. Plaintiffs have conferred with counsel for Defendants and for the *Irvin* case and understand that all parties agree on this selection.

Date: <u>November 30, 2023</u>

By: <u>*/s/ Nicholas A. Colella*</u>
Nicholas A. Colella (PA Bar # 332699)
Gary F. Lynch (PA Bar # 56887)
Kelly K. Iverson (PA Bar # 307175)
Jamisen Etzel (PA Bar # 311514)
Elizabeth Pollock-Avery (PA Bar # 314841)
Patrick Donathen (PA Bar # 330416)
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
NickC@lcllp.com
Gary@lcllp.com
Kelly@lcllp.com
Jamisen@lcllp.com
Elizabeth@lcllp.com
Patrick@lcllp.com

Kate M. Baxter-Kauf
Karen Hanson Riebel
Maureen Kane Berg
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

Katrina Carroll
LYNCH CARPENTER, LLP
111 W. Washington St. Suite 1240
Chicago IL 60602
Tel: (312) 750-1265
katrina@lcllp.com

Joseph H. Kanee
MARCUS & ZELMAN LLC
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Tel: (786) 369-1122
joseph@marcuszelman.com

2

Ari H. Marcus (PA Bar # 322283)
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
ari@marcuszelman.com

*Plaintiffs' Co-Lead and Liaison Counsel*

Carey Alexander
SCOTT & SCOTT, ATTORNEYS AT LAW, LLP
230 Park Avenue
Ste 17th Floor
New York, NY 10169
Tel: (212) 223-6444
calexander@scott-scott.com

MaryBeth V. Gibson
THE FINLEY FIRM, P.C.
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Tel: (404) 978-6971
mgibson@thefinleyfirm.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street Fourteenth Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

James J. Pizzirusso (Md. Bar No. 20817)
HAUSFELD LLP
888 16th Street N.W. Suite 300 Washington, D.C. 20006
(202) 540-7200
jpizzirusso@hausfeld.com

*Plaintiffs' Steering Committee*