OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# United States Court of Appeals
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 26, 2023

Carey Alexander, Esq.
Ethan S. Binder, Esq.
Joseph P. Guglielmo, Esq.
Scott & Scott
230 Park Avenue
The Helmsley Building, 17th Floor
New York, NY 10169

Kate M. Baxter-Kauf, Esq.
Maureen K. Berg, Esq.
Karen H. Riebel, Esq.
Lockridge Grindal Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Nicholas Colella, Esq.
Patrick D. Donathen, Esq.
Jamisen A. Etzel, Esq.
Kelly K. Iverson, Esq.
Gary F. Lynch, Esq.
Elizabeth Pollock-Avery, Esq.
Lynch Carpenter
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222

Francis J. Flynn Jr.
Carey Danis & Lowe
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

MaryBeth V. Gibson
The Finley Firm
3535 Piedmont Road NE

Building 14
Suite 230
Atlanta, GA 30305

Brian C. Gudmundson, Esq.
Michael J. Laird, Esq.
Rachel K. Tack. Esq.
Zimmerman Reed
80 S 8th Street
1100 IDS Center
Minneapolis, MN 55402

Jonathan M. Jagher, Esq.
Spector Roseman & Kodroff
2001 Market Street
Suite 3420
Philadelphia, PA 19103

Joseph Kanee, Esq.
Marcus & Zelman
4000 Ponce De Leon
Suite 470
Coral Gables, FL 33146

Ari H. Marcus, Esq.
Marcus & Zelman
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712

Steven M. Nathan, Esq.
Hausfeld
33 Whitehall Street
14th Floor
New York, NY 10004

James J. Pizzirusso, Esq.
Hausfeld
888 16th Street NW
Suite 300
Washington, DC 20006


RE: Brian Calvert, et al v. BPS Direct LLC, et al
Case Number: 23-3235

District Court Case Number: 2-23-md-03074
District Court Case Number: 2-22-cv-4709
District Court Case Number: 2-23-cv-2282
District Court Case Number: 2-23-cv-2287
District Court Case Number: 2-23-cv-2293
District Court Case Number: 2-23-cv-2294
District Court Case Number: 2-23-cv-2295
District Court Case Number: 2-23-cv-2306
District Court Case Number: 2-23-cv-2338
District Court Case Number: 2-23-cv-4008

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**
**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Greg Moore, Timothy Durham, Heather Cornell, Arlie Tucker, Peter Montecalvo, Brian Calvert, Marilyn Hernandez, Brittany Vonbergen**, docketed at **No. 23-3235**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case

6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948

Cc: Joshua D. Arisohn, Esq.
Philip L. Fraietta, Esq.
Alex M. Kashurba, Esq.
Christopher R. Reilly, Esq.
Steven A. Schwartz, Esq.
Tiffany M. Yiatras, Esq.