**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | MDL NO. 3074<br><br>E.D. Pa. ACTION NOS.:<br>23-md-3074<br>22-cv-4709<br>23-cv-2282<br>23-cv-2287<br>23-cv-2293<br>23-cv-2294<br>23-cv-2295<br>23-cv-2306<br>23-cv-2338<br><br>Hon. Mark A. Kearney |

## <u>DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE</u>

Defendants BPS Direct LLC and Cabela's LLC (collectively, "Defendants"), by and through undersigned counsel, respectfully request that this Court re-set the Status and Scheduling Conference currently scheduled for June 9, 2026, at 4:00 p.m., due to a current trial conflict. In support of this Unopposed Motion, Defendants state as follows:

1. While the parties were engaged in discovery in this matter, on December 5, 2023, the Court granted Defendants' motion to dismiss (ECF No. 89) and dismissed all claims, finding that Plaintiffs lacked Article III standing.

2. On December 18, 2023, the Court entered a final order dismissing all plead claims and directing the Clerk of Court to close the MDL and the individual cases in the caption above (ECF No. 97).

3. Plaintiffs[1] appealed, and the United States Court of Appeals for the Third Circuit subsequently affirmed in part, reversed in part the Court's December 18, 2023 order, and remanded the case for further proceedings as to Plaintiffs Montecalvo and Vonbergen.

4. The Third Circuit mandate was issued on June 2, 2026, and the same day this Court scheduled a Status and Scheduling Conference to occur on June 9, 2026, at 4:00 p.m.

5. Defendants' lead counsel, Jennifer A. McLoone, is currently engaged in a multi-week trial in the United States District Court for the Southern District of Florida, in *Fuller, et al. v. Sunbeam Products, Inc.*, Case No. 23-81024 (J. Damian). Trial began on May 26, 2026, and is expected to last through next week, presenting a conflict with the June 9, 2026 Status and Scheduling Conference. Ms. McLoone is designated lead defense counsel and her attendance at the Status and Scheduling Conference is necessary.

6. In light of this conflict, Plaintiff's counsel is agreeable to re-setting the Status and Scheduling Conference to another date and time. To assist with that rescheduling, in the event that this Unopposed Motion is granted, the Parties have conferred and both are available on June 17, 2026, if such date is available and convenient to the Court.

7. Defendants suggest that good cause exists for a short continuance of the Status and Scheduling Conference in light of Ms. McLoone's ongoing trial involvement.

8. Moreover, the Parties are available within a week of the original date and thus any re-setting of the Status and Scheduling Conference is not likely to delay this matter, nor will any party be prejudiced by a short re-setting of the Conference. In fact, Plaintiffs do not oppose this motion.

---

[1] Plaintiff David Irvin did not appeal.

**WHEREFORE**, Defendants respectfully request that the Court continue the June 9, 2026 Status and Scheduling Conference to June 17, 2026, or to another date convenient for the Court, and grant such other relief as the Court deems just and appropriate.

Dated: June 4, 2026                                    Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Erin L. Leffler*
Erin (Loucks) Leffler (PA ID No. 204507)
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

Jennifer A. McLoone (admitted *pro hac vice*)
201 South Biscayne Boulevard, Suite 3200
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
jmcloone@shb.com

Maveric Ray Searle (admitted *pro hac vice*)
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7741
Fax: (312) 558-1195
msearle@shb.com

***Counsel for Defendants***

## **RULE 7.1 CERTIFICATION**

Pursuant to the United States District Court for the Eastern District of Pennsylvania's Local Rule of Civil Procedure 7.1, I hereby certify that I have conferred in good faith with counsel for Plaintiffs regarding the relief sought in this motion, and that Plaintiffs do not oppose the motion.

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I filed the foregoing Defendants' Unopposed Motion for Continuance electronically via the CM/ECF system, which automatically provided notice of the filing to all counsel of record.

*/s/ Erin L. Leffler*
Erin L. Leffler