## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | MDL NO. 3074<br><br>E.D. Pa. ACTION NOS.:<br>23-md-3074<br>22-cv-4709<br>23-cv-2282<br>23-cv-2287<br>23-cv-2293<br>23-cv-2294<br>23-cv-2295<br>23-cv-2306<br>23-cv-2338 |

## [PROPOSED] ORDER FOR CONTINUANCE

**AND NOW**, this _____ day of June, 2026, upon consideration of Defendants' unopposed Motion to re-set the Status and Scheduling Conference (ECF No. 102), and finding good cause and that the re-setting of the conference will not impact the trial date, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Status and Scheduling Conference currently scheduled for June 9, 2026, at 4:00 p.m. is **RE-SET** to _____, 2026, at _____ am/pm., before this Court.

_____
**KEARNEY, J.**