**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074**<br><br>**2:23-md-03074-MAK** |

## JOINT STATUS MEMORANDUM

Plaintiffs Heather Cornell and Peter Montecalvo, collectively ("Plaintiffs") and Defendants BPS Direct, LLC and Cabela's LLC (collectively "Defendants" and with the Plaintiffs, the "Parties") submit this Joint Status Memorandum in response to the Court's June 5, 2026 Order (ECF No. 90).

Following remand from the Third Circuit, the Parties have conferred regarding the status of this litigation, and have agreed upon a proposal to this Court for the next steps in this case. The Parties therefore respectfully request that the Court issue a preliminary scheduling order, as follows:

1. Plaintiffs to file an Amended Consolidated Class Action Complaint within thirty (30) days, removing the dismissed plaintiffs, the subclasses they represented, and causes of action that they brought;

2. Defendants to file any applicable motions directed at the Amended Consolidated Class Action Complaint within thirty (30) days after that;

3. Plaintiffs to file their opposition within fifteen (15) days; and

4. Defendants to file their reply within ten (10) days.

The Parties jointly and respectfully request that, following the Court's order on Defendants' anticipated Rule 12 motion, the Court hold a conference to discuss the discovery remaining to be accomplished through class certification and summary judgment, and set a schedule for the same.

Additionally, it is the intention of Plaintiffs' counsel to file amended leadership papers for the Court's consideration due to a change in personnel within the Plaintiffs' Steering Committee, as well as multiple appointed attorneys changing firms. *See* ECF No. 45, 1(b)(x) (allowing Plaintiffs' counsel to file an amendment to leadership). Plaintiffs' counsel will file the amended leadership papers with the Court within ten (10) days of the June 17, 2026 conference. Defendants do not anticipate opposing Plaintiffs' forthcoming request.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Jennifer A. McLoone*
Jennifer A. McLoone (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Boulevard, Suite 3200
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
jmcloone@shb.com

Erin (Loucks) Leffler (PA ID No. 204507)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

Maveric Ray Searle (admitted *pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7741
Fax: (312) 558-1195
msearle@shb.com

*Counsel for Defendants*

*/s/ Nicholas A. Colella*
Nicholas A. Colella (PA 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
nickc@lcllp.com

Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
kmbaxter-kauf@locklaw.com

Joseph H. Kanee
**MARCUS & ZELMAN, LLC**
4000 Ponce de Leon, Suite 470
Miami, FL 33146
(732) 695-3282
joseph@marcuszelman.com

*Plaintiffs' Co-Lead Counsel*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 16, 2026, I filed the foregoing Joint Status Memorandum electronically via the CM/ECF system, which automatically provided notice of the filing to all counsel of record.

*/s/ Nicholas A. Colella*
Nicholas A. Colella
