**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | : | **MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : | |
| | : | |
| | : | **E.D.Pa. ACTION NOS.:** |
| | : | **23-md-3074** |
| | : | **23-cv-2282** |

## ORDER

**AND NOW**, this 10th day of July 2026, upon considering Peter Montecalvo's Motion to withdraw the appearance of Rachel K. Tack, Esquire (ECF 66 in 23-cv-2282 and ECF 108 in 23-md-3074), noting other counsel appearing, and without prejudice, it is **ORDERED** the Motion to withdraw (ECF 66 in 23-cv-2282 and ECF 108 in 23-md-3074) is **GRANTED** and the Clerk of Court shall terminate the *pro hac vice* appearance of Rachel K. Tack, Esquire.

_____
**KEARNEY, J.**