**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074**<br>**2:23-md-03074-MAK** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION**
**TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Upon consideration of Defendants BPS Direct, LLC's and Cabela's LLC's Motion to Dismiss Plaintiffs' Second Consolidated Class Action Complaint [ECF No. 112] and any response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED and Plaintiffs' Consolidated Class Action Complaint [ECF No. 110] is dismissed with prejudice.

**IT IS SO ORDERED:**

______________________________
Hon. Mark A. Kearney
United States District Judge

DATED: ______________________, 2026