# EXHIBIT A



$6.42
In Points

shing | Boating | Camping | Ride | Clothing | Footwear | Home & Gifts | Bargain Ca

Certain items may not be available to order with the same price you originally ordered.

**Ordered on Dec 1, 2021**
# W151918461
Store: Cabela's

Start a Return
Print Order

## Order Summary

Product Subtotal
Shipping
Tax

**Total**

CabelasClubMasterCard
REDACTED

**SHIP TO**

**PETER MONTECALVO**
[redacted]

**BILL TO**

**PETER MONTECALVO**
[redacted]

**Shipped** Tracking Number: 9200190100068251976183

RedHead Last Chance Light Duty Belt for Men - Black - XL
**Color:** Black
**Clothing Size:** XL
SKU: 2688822
Qty: 1
Price: $24.99
**Subtotal: $27.49**

ADD TO CART
Write a review

RedHead Last Chance Light Duty Belt for Men - Black - Coyote Brown - XL
**Color:** Coyote Brown
**Clothing Size:** XL
SKU: 2688830
Qty: 1

ADD TO CART
Write a review