# EXHIBIT C

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION** | **MDL No. 3074** |

**DEFENDANTS BPS DIRECT, LLC AND CABELA'S LLC's ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendants, BPS Direct, LLC and Cabela's LLC, ("Defendants") by and through undersigned counsel, hereby serve their objections and responses to Plaintiffs' First Set of Interrogatories.

Dated: September 27, 2023

Respectfully submitted,

s/ *Jennifer A. McLoone*
Jennifer A. McLoone (FBN 029234)
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171 | F: 305.358.7470
E: *jmcloone@shb.com*

*Attorney for Defendants BPS Direct, LLC; Cabela's LLC and Cabela's Retail MO, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2023 the foregoing was served via email on counsel for Plaintiffs pursuant to the agreement entered into by the parties on July 6, 2023 (ECF 42).

/s/ *Jennifer A. McLoone*
Jennifer A. McLoone

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1. Defendants' responses to Plaintiffs' Interrogatories have been prepared according to the Federal Rules of Civil Procedure pursuant to a reasonable and duly diligent investigation and search for responsive information and documents.

2. Defendants' responses are made without in any way intending to waive or waiving, but on the contrary, intending to preserve and preserving:

a. the right to object on any grounds to the use or introduction into evidence of the responses to these Interrogatories;

b. the right to object to the use of these responses in any subsequent proceeding in, or the trial of, this or any other action; and

c. the right to object on any ground at any time to other document requests or discovery involving the information produced in response to these Interrogatories.

3. The responses contained herein are made in a good faith effort to supply as much factual information as is presently known. Defendants are continuing its own investigation of the subject matter of this litigation. The responses contained herein are based only upon such factual information and documents that are presently available and specifically known to Defendants. It is anticipated that further discovery, investigations, legal research, and analysis will supply additional facts, add meaning to the known facts, and establish new factual contentions and legal conclusions, all of which may lead to additions to, changes in, and variations from the responses contained herein. Defendants expressly reserves the right to rely on or use, before or during trial, any facts or documents which may be subsequently uncovered as a result of ongoing discovery and investigation, or which may be adduced at trial.

4. Defendants objects to Plaintiffs' requests insofar as they exceed the scope of discovery provided by Rule 26 and 33 of the Federal Rules of Civil Procedure and any other applicable law.

5. Defendants objects to Plaintiffs' Interrogatories insofar as they seek information protected by any privilege. Defendants reserves all rights pursuant to Rule 502 of the Federal Rules of Evidence.

6. Defendants objects to the "Instructions" in Plaintiffs' Interrogatories to the extent that they purport to require Defendants to take any act or provide any information not mandated by the Federal Rules of Civil Procedure and applicable Local Rules.



CONFIDENTIAL

**<u>Interrogatory No. 5:</u>** Identify the date(s) during which JavaScript code from any Session Replay Provider(s) was added to Your Websites, indicating the name of the Session Replay Provider and dates during which the code was added, active, enabled, operating, and/or running on Your Websites, as well as any pages of Your Websites for which the code was explicitly excluded.

<u>ANSWER</u>: Defendants object to this Interrogatory to the extent that it asks about JavaScript code from a session replay provider but is not appropriately limited to session replay JavaScript code. Answering the non-objectionable portion of this Interrogatory, Defendants state that Session Replay JavaScript code from Mouseflow, Inc. was added to basspro.com as early as November 2017 until November 2019; Session Replay JavaScript code from Quest Foglight was used on cabelas.com prior to November 2019; and Session Replay JavaScript code from Quantum Metric was used on both websites beginning in November 2019. For the avoidance of confusion, Defendants state that Microsoft Clarity has not been used for session replay.