**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC and CABELA'S, LLC, WIRETAPPING** | **MDL NO. 3074**<br>**2:23-md-03074-MAK** |

# REPORT OF RULE 26(F) MEETING

Under Federal Rule of Civil Procedure 26(f), this Court's June 17, 2026 Order (ECF No. 106) and this Court's Policies, counsel for the parties conferred on September 9, 2026 and submit the following report of their meeting for the Court's consideration at an upcoming pretrial conference.

1. **Discussion of specific claims, defenses and relevant issues**

Following this Court's prior order of dismissal and the Third Circuit's opinion on appeal, two plaintiffs presently remain in this action. Plaintiffs Cornell and Montecalvo both assert claims for violation of the Federal Wiretap Act, violation of the Computer Fraud and Abuse Act, trespass to chattels, and conversion to chattels, and seek to represent a Nationwide class of website users "whose Website communications were intercepted through the use of session replay code embedded on Defendants' websites." Plaintiff Cornell also asserts claims under Pennsylvania's Wiretap and Electronic Surveillance Control Act and for invasion of privacy (intrusion upon seclusion - under Pennsylvania law) and seeks to represent a Pennsylvania subclass. Similarly, Plaintiff Montecalvo asserts claims under Massachusetts's wiretap statute and for invasion of privacy (intrusion upon seclusion – under Massachusetts' law), and seeks to represent a Massachusetts subclass.

Defendants have moved to dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint, challenging Plaintiffs' standing as a factual matter as to all claims,

challenging Plaintiffs' standing to pursue injunctive relief (consistent with this Court's prior holding), and raising 12(b)(6) arguments as to all claims. Briefing closes on this motion with the filing of Defendants' reply in support today.

**2. Stipulated facts and insurance coverage and deductibles**

The parties have no update to this section.

**3. Informal disclosures**

Not applicable.

**4. Additional disclosures [in patent non-ANDA cases only].**

Not applicable.

**5. Formal discovery**

Prior to the dismissal and appeal, the parties had begun written discovery but had not yet commenced depositions. Given that briefing on Defendants' motion to dismiss is complete, the parties request that discovery be stayed pending a ruling on the motion. If the Court is not agreeable to staying discovery, the parties agree to re-commence written discovery within 30 days, and to schedule depositions thereafter.

**6. Electronic discovery**

The parties agree that continued electronic discovery may be warranted and agree to proceed with electronic discovery consistent with the prior agreements and Court Orders entered in this matter.

**7. Expert witness disclosures**

The parties agree that each side anticipates testimony of expert witnesses, and that expert depositions will be needed. The parties also anticipate that the case will involve both class certification and merits experts, though they will attempt to be as efficient as possible to

avoid duplication. A proposed expert discovery schedule, including both class certification and merits experts, is included in the proposed discovery schedule under item 11 below.

**8. Settlement or resolution**

The parties have engaged in various discussions related to resolution. The parties have also met with special master Retired Judge Vanaskie to schedule a mediation. The parties are scheduled to mediate with Judge Vanaskie on September 21, 2026, and will engage in informal discovery, if necessary, prior to that date for purposes of settlement discussions.

**9. Trial**

The parties note that trial in this matter will depend on the Court's ruling on Defendants' motion to dismiss as well as any forthcoming motion for class certification. Moreover, the parties anticipate that Plaintiff Cornell and Plaintiff Montecalvo's individual cases will be remanded to the court in which they were first filed for trial.

**10. Referral to Magistrate Judge**

The parties do not agree to a referral of this case to a Magistrate Judge for trial.

**11. Other matters**

As previously discussed with the Court, the parties agree to the continued treatment of this matter as an MDL at this procedural stage. The parties are not aware of, and do not expect, additional matters to be joined in this MDL. The parties do anticipate litigation in one or more state courts brought by the plaintiffs whose claims were dismissed from this action given their lack of Article III standing.

The parties have proposed a schedule for class certification and other pretrial deadlines, following this Court's ruling on Defendants' pending motion to dismiss.

| Event | Deadline |
| --- | --- |
| *Re-commencement of Written Discovery Period* | 30 days following ruling on motion to dismiss or alternatively 30 days from entry of CMO-2 |
| *Commencement of depositions* | 60 days following ruling on motion to dismiss or alternatively 60 days from entry of CMO-2 |
| *Plaintiffs to move for Class Certification and serve certification-related expert reports* | 7 months after commencement of written discovery |
| *Defendants to oppose Class Certification and serve certification-related expert reports* | 60 days following Plaintiff's Motion for Class Certification |
| *Plaintiffs to file Reply and any rebuttal expert reports in support of Class Certification* | 30 days following Defendants' Opposition |
| *Class Certification Hearing* | At the Court's discretion after briefing is completed |
| *Expert Merits Reports Exchanged* | 60 days following Court ruling on class certification |
| *Expert Merits Rebuttal Reports Exchanged* | 30 days following affirmative disclosures |
| *Close of Fact and Expert Discovery* | 30 days following merits rebuttal reports |
| *All final dispositive motions to be filed* | 30 days following close of fact and expert discovery |
| *Deadline for responses to final dispositive motions* | 30 days following filing of motions |
| *Deadline for replies in support of final dispositive motions* | 30 days following filing of oppositions |
| *Final Dispositive Motion Hearings* | At the Court's discretion after briefing is completed |
| *Firm Trial Date* | To be determined by transferee court upon transfer |

The parties are not aware of any other matters that need to be addressed at this time.

Dated: September 10, 2026

Respectfully submitted,

*_/s/ Jennifer A. McLoone_*
Jennifer A. McLoone (admitted *pro hac vice*)
Shook, Hardy & Bacon L.L.P.
201 South Biscayne Boulevard
Suite 3200
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
jmcloone@shb.com

*_/s/ Nicholas A. Colella_*
Nicholas A. Colella (PA Bar # 332699)
Gary F. Lynch (PA Bar # 56887)
Kelly K. Iverson (PA Bar # 307175)
Jamisen Etzel (PA Bar # 311514)
Patrick Donathen (PA Bar # 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
NickC@lcllp.com
Gary@lcllp.com

Erin (Loucks) Leffler (PA ID No. 204507)
Shook, Hardy & Bacon L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

Maveric Ray Searle (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7741
Fax: (312) 558-1195
E-Mail: msearle@shb.com

*Counsel for Defendants*

Kelly@lcllp.com
Jamisen@lcllp.com
Patrick@lcllp.com

Kate M. Baxter-Kauf
Karen Hanson Riebel
Maureen Kane Berg
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

Ari H. Marcus (PA Bar # 322283)
**MARCUS & ZELMAN LLC**
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
ari@marcuszelman.com

*Plaintiffs' Co-Lead and Liaison Counsel*

Joseph P. Guglielmo
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Tel: (212) 223-6444
jguglielmo@scott-scott.com
ebinder@scott-scott.com

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA 30305
Tel: (404) 978-6971
mgibson@thefinleyfirm.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street Fourteenth Floor
New York, NY 10004
Tel: (646) 357-1100
snathan@hausfeld.com

James J. Pizzirusso
**HAUSFELD LLP**
1200 17th Street N.W. Suite 600
Washington, D.C. 20036
(202) 540-7200
jpizzirusso@hausfeld.com

*Plaintiffs' Steering Committee*